UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ronald K. Henry and Constance B. Henry,   )
                                          )
         Plaintiffs,                      )
                                          )
v.                                        )   Civil Action No. _____
                                          )
Ward Onsa, Ward Onsa & Company, Denise Onsa, )
                                          )
         Defendants.                      )
                                          )

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Plaintiffs Ronald K. Henry and Constance B. Henry certify that to the best of my knowledge and belief, no party in this matter has any parent companies, subsidiaries or affiliates, which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

252 213
Bar Identification Number

Paul Heylman
Print Name

Suite 1000 - 2600 Virginia Ave. NW
Address

Washington DC 20037
City         State      Zip

202-342-3422
Telephone Number