UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ronald K. Henry                          )
Kaye Scholer LLP                         )
901 15th Street, NW                      )
Suite 1100                               )
Washington, DC 20005                     )
                                         )
 and                                     )
                                         )
Constance B. Henry,                      )
c/o Ronald K. Henry                      )
Kaye Scholer LLP                         )
901 15th Street, NW                      )
Suite 1100                               )         CASE NUMBER  1:05CV02406
Washington, DC 20005                     )
                                         )         JUDGE: Henry H. Kennedy
             Plaintiffs,                 )
                                         )         DECK TYPE: Contract
      v.                                 )
                                         )         DATE STAMP: 12/15/2005
Ward Onsa                                )
910 Sycamore Court                       )
Marco Island, Florida 34145              )
                                         )
Ward Onsa & Company                      )
910 Sycamore Court                       )
Marco Island, Florida 34145              )
                                         )
 and                                     )
                                         )
Denise Onsa                              )
910 Sycamore Court                       )
Marco Island, Florida 34145              )
                                         )
             Defendants.                 )
                                         )
                                         )

RECEIVED
MAR 9 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ANSWER TO COMPLAINT

This court lacks jurisdiction, both over the subject matter and personal jurisdiction over the defendant since the defendant never offered securities or the like to plaintiff within the meaning of the 1934 Securities Exchange Act nor did the defendant act as an advisor to plaintiff pursuant to the 1940 Investors Act. If the court for any reason assumes jurisdiction, the defendant respectfully requests an extension to answer this complaint to the best of his ability.

The defendant contends that the plaintiff opened up two accounts with the defendant, one approximately in November 1993 in the amount of $1,000,000 and the second one in or about September 1996 in the amount of $300,000. $990,000 was returned by defendant to plaintiff at plaintiff's request.

These two requests were occasioned by the financial calamities visited on Wall Street and the financial community on September 11, 2001. In the aftermath of 9/11, the plaintiff was notified that he could no longer expect or receive a 25% return and he immediately requested his money back. Defendant explained to plaintiff that he would return his principal of $1.3 million but none of the profit if the plaintiff wished to discontinue his investment. Plaintiff was so informed and received $990,000 of his principal back for the two accounts.

Defendant denies any knowledge of a third account as alleged in the complaint in the time frame of October 2001 for $160,000 with Refco. Defendant neither had discretionary authority over nor opened any such account.

Defendant denies all allegations in this complaint 1-87 which are inconsistent with the above statement of facts.

Defendant Ward Onsa had three addresses in the time period relevant to this complaint, namely, 6 Remington Place, Ivyland, PA 18974; P.O. Box 2461, Warminster, PA 18974; 910 Sycamore Court, Marco Island, FL 34145. Defendant Denise Onsa is a resident of Florida, residing at 910 Sycamore Court, Marco Island, FL 34145.

Dated: 3-8, 2006        By: *Ward Onsa*
                            Ward Onsa

Dated: 3-8, 2006        By: *Denise Onsa*
                            Denise Onsa