UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ronald K. Henry, *et al.*       )
                                )
       Plaintiffs,     )
                                )
v.                              )   Civil Action No. 05-02406 (HKK)
                                )
Ward Onsa, *et al.*             )
                                )
       Defendants.     )

**[PROPOSED] SCHEDULING ORDER**

The parties will comply with the following schedule.

| | |
|---|---|
| Initial Disclosure under Rule 26 | July 19, 2006 |
| Exchange witness list | August 7, 2006 |
| Deadline for Post-R. 26(a) discovery requests | August 22, 2006 |
| Proponent's R.26 (a)(2) statements | September 6, 2006 |
| Opponent's R. 26(a)(2) statements | October 6, 2006 |
| All discovery closed | November 6, 2006 |
| Dispositive Motions to be filed | November 17, 2006 |
| Pretrial Conference | December 1, 2006 |

So ordered this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE