**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Ronald K. Henry and<br>Constance B. Henry<br><br>          Plaintiffs,<br><br>          v.<br><br>Ward Onsa, Ward Onsa & Company,<br>And Denise Onsa<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION: 05-02406 (HHK)<br>     NEXT SCHEDULED COURT<br>     EVENT: NOV. 17, 2006<br>     DISPOSITIVE MOTIONS TO BE<br>     FILED |

## REQUEST FOR TELEPHONE CONFERENCE REGARDING DISCOVERY DISPUTES AND REVISION OF SCHEDULING ORDER

    Pursuant to this Court's rules, plaintiffs hereby request a telephone conference with the Court to address defendants' failure to comply with discovery. Plaintiffs have attempted to resolve this dispute informally without success. Plaintiffs have sent correspondence to defendants regarding the discovery issue, along with a copy of the relevant portions of the Federal Rules of Civil Procedure. Plaintiffs have also attempted to reach defendants by telephone without success. Plaintiffs therefore must request Court intervention.

    In addition, plaintiffs will request a modification of the scheduling order because of this discovery dispute. Plaintiffs cannot determine what modification of the scheduling order is necessary until the Court's resolution of the foregoing discovery dispute.

-2-

        Respectfully submitted,
        PAUL HEYLMAN


By:        /s/ Paul Heylman
        Paul Heylman D.C. Bar 252213
        Saul Ewing LLP
        2600 Virginia Avenue, NW
        Suite 1000
        Washington, DC 20037-1922
        Tel (202) 295-6723
        Fax (202) 337-6065
        pheylman@saul.com

        Attorney for Plaintiffs
        Ronald K. Henry and Constance B. Henry

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **REQUEST FOR TELEPHONE CONFERENCE REGARDING DISCOVERY DISPUTES AND REVISION OF SCHEDULING ORDER** was served by First Class U.S. Mail this 6th day of November 2006, address to the following:

>Mr. Ward and Mrs. Denise Onsa
>And Ward Onsa & Company
>910 Sycamore Court
>Marco Island, FL  34145


>_____/s/ Paul Heylman_____
>Paul Heylman
>Attorney for the Plaintiffs
>Ronald K. Henry and Constance B. Henry