UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Ronald K. Henry and | ) | |
| Constance B. Henry | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION:  05-02406 (HHK) |
| | ) | |
| Ward Onsa, Ward Onsa & Company, | ) | |
| and Denise Onsa | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFFS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

Pursuant to Rule 12(c) of the Federal Rule of Civil Procedure, Plaintiffs Ronald K. Henry and Constance B. Henry petition this court for an order entering partial judgment on the pleadings in their favor against Defendants Ward Onsa, Ward Onsa & Company and Denise Onsa, jointly and severally, in the amount of $280,000.

As grounds for this motion, Plaintiffs rely on the memorandum filed in support of the motion.

Respectfully submitted,

PAUL HEYLMAN

By:        /s/ Paul Heylman
Paul Heylman D.C. Bar 252213
Saul Ewing
The Watergate
2600 Virginia Avenue, NW
Suite 1000
Washington, DC  20037-1922

Tel (202) 333-8800
Fax (202) 625-3301
pheylman@saul.com

Attorney for Plaintiffs
Ronald K. Henry and Constance B. Henry

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** was served by First Class U.S. Mail this 17th day of November 2006, address to the following:

> Mr. Ward and Mrs. Denise Onsa
> And Ward Onsa & Company
> 910 Sycamore Court
> Marco Island, FL  34145

> _____/s/ Paul Heylman_____
> Paul Heylman
> Attorney for the Plaintiffs
> Ronald K. Henry and Constance B. Henry

927619.1