UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Ronald K. Henry and<br>Constance B. Henry<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>Ward Onsa, Ward Onsa & Company,<br>and Denise Onsa<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION: 05-02406 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

AND NOW, the _____ day of _____, 2006, upon consideration of Plaintiffs' motion for partial judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure and the memorandum in support thereof and any responses thereto, it is hereby ORDERED that Plaintiffs' motion is GRANTED against Defendants Ward Onsa, Ward Onsa & Company and Denise Onsa, jointly and severally, in the amount of $280,000. All other claims asserted in Plaintiffs' complaint shall remain pending for further action in this court.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Judge

13104233.DOC