UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD K. HENRY and<br>CONSTANCE B. HENRY,<br><br>      Plaintiffs,<br><br>      v.<br><br>WARD ONSA, et al.,<br><br>      Defendants. | Civil Action 05-02406 (HHK) |

**ORDER DIRECTING DEFENDANTS TO RESPOND
TO PLAINTIFFS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

    This matter comes before the court upon plaintiffs' motion to for partial judgment on the pleadings[#9], filed November 17, 2006. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice ... should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case." *Id.* at 509. Defendants are also referred to Local Rule 7(b) which provides that a party has 11 days within which to respond to a motion. Otherwise, under certain circumstances, the court may treat the motion as conceded.

Accordingly, it is by the court this 21st day of November, 2006,

**ORDERED** that defendants file their opposition to plaintiffs' motion on or before December 15, 2006. If plaintiffs fail to file a response or opposition to defendant's motion by this deadline, the court may enter judgment in favor of defendant.

Henry H. Kennedy, Jr.
United States District Judge