# ATTACHMENT 1