ATTACHMENT 2