# ATTACHMENT 3