# ATTACHMENT 1

# Ward Onsa & Company
6 Remington Place
Ivyland, PA  18974

## YTD STATEMENT

**Account Name**

Ronald Henry

| | | DATE | AMOUNT |
|---|---|---|---|
| **Capital Investments** | | 11/22/1993 | $ 25,000.00 |
| | | 8/25/1994 | 50,000.00 |
| | | 1/23/1995 | 125,000.00 |
| | | 12/5/1995 | 25,000.00 |
| | | 12/20/1995 | 25,000.00 |
| | | 1/23/1996 | 50,000.00 |
| | | 2/28/1996 | 30,000.00 |
| | | 4/18/1996 | 20,000.00 |
| | | 1/22/1997 | 100,000.00 |
| | | 2/2/1998 | 50,000.00 |
| | | 1/20/1999 | 200,000.00 |
| | | 3/15/1999 | 200,000.00 |
| | | 2/22/2000 | 100,000.00 |
| **Capital Value Withdrawals** | | 11/1/2001 | (30,000.00) |
| | | 12/1/2001 | (30,000.00) |
| | Monthly withdrawals | 1/1/02-10/1/02 at 30,000 each | (300,000.00) |

**Account Name**

Ronald K. and Constance B. Henry

| | | | |
|---|---|---|---|
| **Capital Investments** | | 9/18/1996 | 300,000.00 |
| **Capital Value Withdrawals** | | | |
| | Monthly withdrawals | 6/1/01-10/1/01 at 30,000 each | (150,000.00) |
| | Monthly withdrawals | 3/1/02-8/1/02 at 70,000 each | (420,000.00) |
| **COMBINED Capital Value Withdrawals (thru)** | | 10/31/2002 | (930,000.00) |
| **COMBINED Capital Value Increase (thru)** (Non-Realization) | | 10/31/2002 | $ 2,375,695.61 |
| **COMBINED Total** | | 10/31/2002 | $ 3,675,695.61 |