ATTACHMENT 2

AO 44
(Rev. 7/95)

# UNITED STATES DISTRICT COURT

For the _____ District of \_\_\_Columbia\_\_\_

## INVOICE

NUMBER

TO: Mr. Ronald K. Henry
10030 Scenic View Terrace
Vienna, VA  22182

PHONE:

NOTE
MAKE CHECK PAYABLE TO:

Annie R. Shaw, RPR
333 Constitution Ave., NW
Room 6820
Washington, D. C. 20001
PHONE: 202 289-9002

### TRANSCRIPTS

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 9/7/06   DATE DELIVERED: 9/7/06

IN THE MATTER OF (CASE NUMBER AND TITLE)

Ronald K. Henry v. Ward Onsa    CA 05-2406    (JK)

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 12 | 4.40 | 52.80 | | | | | | | 52.80 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |

For proceedings on (Date): 7-7-06

| | |
|---|---|
| TOTAL | 52.80 |
| LESS DISCOUNT FOR LATE | |
| LESS AMOUNT OF DEPOSIT | -20.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 32.80 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER: /s/ A R Shaw    DATE: 9/7/06

(All previous editions of this form are cancelled and should be destroyed)

DISTRIBUTION:  TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

1

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3   ------------------------------X

 4   RONALD K. HENRY, et al,            Civil Action No. 05-2406

 5           Plaintiff

 6       v.

 7   WARD ONSA, et al,

 8           Defendant,

 9   ------------------------------X    Washington, D.C.
                                        Friday, July 7, 2006
10                                      2:45 P.M.

11        TRANSCRIPT OF INITIAL STATUS CONFERENCE
          BEFORE THE HONORABLE HENRY H. KENNEDY, JR.
12                 UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14   For the Plaintiff:    PAUL M. HEYLMAN, ESQUIRE
                           SCHMELTZER APTAKER & SHEPARD, PC
15                         The Watergate
                           2600 Virginia Ave., N.W. Suite 1000
16                         Washington, D.C.  20037-1905
                           (202) 333-8800
17

18   For the Defendant:    MR. WARD ONSA
                           Pro se
19

20

21   Court Reporter:       ANNIE R. SHAW, RPR
                           U.S. District Courthouse
22                         Room 6820
                           Washington, D.C.  20001
23                         (202) 289-9002

24   Proceedings recorded by mechanical stenography, transcript
     produced by computer.
25
```

**P R O C E E D I N G S**

THE DEPUTY CLERK: For the record this is the matter of Ronald K. Henry, et al versus Ward Onsa, et al, Civil Action Number 05-2406. Present for the plaintiff is Attorney Paul Heylman, and on the telephone, Your Honor, is Miss Denise Onsa, pro se litigant.

THE COURT: Miss Onsa, can you hear me? Miss Onsa, can you hear me?

MISS ONSA: Yes, I can. Thank you, yes, I can.

THE COURT: All right. This case in which you are involved has been called for an initial scheduling conference. You are not present here physically. My chambers received several communications from you, I believe, and the final one was that you would make time so that you could be called. But your presence was required, and it has not been excused.

Do you wish to give some explanation for this?

MISS ONSA: Yes, I do, Your Honor. And I first want to thank you for giving me the opportunity to express myself.

I was unable, nor my husband Ward Onsa, able to attend in Washington, D. C. We did not have the finances to make the trip. I'm living in Florida right now, and my husband live in Pennsylvania. And due to financial difficulties we were unable to come, you know, in person, and that's why I am responding and asking the Court to acknowledge my presence on the telephone.

3

1   THE COURT: Could you just -- this is on the record.
2   And so what is being said is being recorded. The Court
3   Reporter apparently could not hear at least all that you have
4   said. Why don't you just repeat what you said.
5   MISS ONSA: Your Honor, I'm having some difficulty
6   hearing you as well. I think you said that you couldn't hear
7   me; is that correct, Your Honor?
8   THE COURT: That was part -- no, I didn't say that. I
9   asked you to repeat what you just said so that the Court
10  Reporter, who is transcribing, that is memorializing what is
11  being said here can hear. She did not hear you. So if you
12  could just repeat what you said.
13  MISS ONSA: I said that I was unable to attend in
14  person, as well as my husband Ward Onsa, due to financial
15  difficulties. I am living in Florida and he is in
16  Pennsylvania. And we could not afford to come in person. And
17  we are respectful that you are honoring us with a telephone
18  conference.
19  THE COURT: Do you intend to represent yourself in
20  this case?
21  MISS ONSA: Yes, Your Honor, I do.
22  THE COURT: You -- I believe that one of the parties
23  that has been sued in this case is a corporation. Is that
24  correct, Mr. Heylman?
25  MR. HEYLMAN: It's a sole proprietorship. I don't

1  know whether it's incorporated or not. I don't have any record
2  of it being incorporated in the state of Florida.
3          THE COURT: Miss Onsa, do you know whether the
4  business that your name is associated with is incorporated or
5  not?
6          MISS ONSA: I do not have that information, Your
7  Honor.
8          THE COURT: Well, if it is incorporated, a corporation
9  cannot appear except by counsel. There is no -- there is
10 simply no way for a corporation to appear pro se. That, of
11 course, does not apply -- what I have just said does not apply
12 to an individual person, who can choose to represent himself or
13 herself. I think you should know that.
14         MISS ONSA: I'm sorry, Your Honor. I'm having
15 difficulty hearing you. Could you repeat what you just said?
16         THE COURT: I said that a corporation cannot -- when a
17 corporation is sued, that corporation must be represented by an
18 attorney. There is no -- did you hear what I just said?
19         MISS ONSA: I said, to my knowledge, Ward Onsa is an
20 entity in itself, and that's why we are representing ourself.
21         THE COURT: So are you saying that you know that the
22 business that you are associated with is not a corporation? Is
23 that what you are saying?
24         MISS ONSA: Your Honor, I just know that Ward Onsa is
25 a sole person within the Ward Onsa Company.

```
 1            THE COURT:  Well, any event, counsel for plaintiff,
 2   how do you wish to proceed?
 3            MR. HEYLMAN:  Well, we have submitted a Rule 16.3
 4   proposed order with various proposed deadlines, according to
 5   tract two, and I would like to get that adopted.
 6            Also given the fact that we have pro se litigants
 7   here, I think it's important that everybody understand what
 8   their responsibilities are in the case in terms of, while one
 9   can appear pro se, it doesn't excuse one from the normal rules
10   of what has to be done.  And basically I just want everybody to
11   be aware of that.
12            Mr. Onsa is not present today, as I understand it.  I
13   am assuming he would be bound by whatever order would be issued
14   by the Court.
15            Mrs. Onsa may or may not be aware that she can't
16   represent him, in that she is not a lawyer.  So I just would
17   also point that out to the Court.
18            We have asked to move forward with this as
19   expeditiously as possible.  There are issues that we believe
20   are resolvable under the pleadings, specifically the return of
21   the remaining capital, which apparently there is no dispute
22   about, is owed.  And then we have proposed a number of other
23   steps to bring this case to a rapid resolution, and that's what
24   we would like to do.
25            THE COURT:  Miss Onsa.
```

```
 1              MISS ONSA:  Yes, Your Honor.
 2              THE COURT:  Do you have any response that you would
 3    like to make to what has just been said?
 4              MISS ONSA:  Well, first, Your Honor, I would like to
 5    extend an apology to you and to the legal system.  I am not an
 6    attorney, and I did not follow legal protocol.  The reason
 7    being I really was not aware of it.  And I do want to state
 8    that my husband has made every attempt possible to repay the
 9    Henrys.  And we have paid a amount of $990,000 back to the
10    Henrys.  He has worked diligently, and I am working diligently.
11    We have separated ourselves from one another so that we could
12    make an effort.  We are financially in very great, very bad
13    straights at this point.  And we have made as much of an
14    obligation as we can at this point.  And he has honored it.
15              And I do have documents with the initial investment.
16    It just basically states what the amount was given, and we
17    don't have a guaranty in there.
18              My husband honored it because he is a very decent
19    individual.  And he is trying his best to keep the business
20    going, and that is the reason why he is not in attendance
21    today.  And that is the reason why I am speaking today to the
22    Court.
23              THE COURT:  Well, Miss Onsa, I heard your apology,
24    it's certainly accepted.
25              What I would suggest to you is that, frankly, there is
```

1   a reason for lawyers.  I think it's always best, if at all
2   possible, for a person who is involved in litigation to be
3   represented by a lawyer.
4           MISS ONSA:  I understand that, Your Honor, if I may
5   speak.
6           THE COURT:  But I did hear you when you said that you
7   simply cannot afford a lawyer to represent your interests.
8   There are people who represent themselves, some of whom would
9   choose to represent themselves even if they can afford to hire
10  a lawyer, and despite my suggestion that that's not such a good
11  idea.
12          But in any event, what one must do who represents
13  himself or herself, whether because he or she chooses to do so
14  or because he or she can't afford to retain an attorney, must
15  follow the rules.
16          And there are rules that are set forth in the -- in
17  various places.  And from here on out, I suggest that you make
18  it your business to find out what the rules are and comply with
19  them.  That's really all that I can think to tell you.  Because
20  a suit has been filed, filed properly, and we'll go forward to
21  a resolution of it, in accordance with the facts as they may be
22  revealed properly and the law that governors these disputes.
23          Now, under the circumstances what I'm going to do is
24  to file what is called a Scheduling Order.  That Scheduling
25  Order will be preceded by certain directives, that is certain

```
 1   statements concerning what is expected of the litigants.
 2   Please read that very, very carefully.
 3           You should know that there is a web site that you
 4   might go to.  Mr. Smith, do you know the locus of the website.
 5   It's WWW -- Do you know, Mr. Heylman?
 6           MR. HEYLMAN:  Yes, Your Honor, it's WWW dot D C D dot
 7   U S Courts dot gov.
 8           MISS ONSA:  Could you repeat that, sir?
 9           MR. HEYLMAN:  Sure.
10           MISS ONSA:  WW dot --
11           MR. HEYLMAN:  Dot DCD --
12           MISS ONSA:  Is that "B" as in boy?
13           MR. HEYLMAN:  No, "D" as in dog.
14           MISS ONSA:  All right, D --
15           MR. HEYLMAN:  DCD --
16           MISS ONSA:  Is that "B" as in boy?
17           MR. HEYLMAN:  No, "D" as in dog.
18           MISS ONSA:  All right.  D --
19           MR. HEYLMAN:  DCD, it's District of Columbia District.
20           MISS ONSA:  All right.  D, "C" as in cat.
21           MR. HEYLMAN:  Cat.
22           MISS ONSA:  Okay.  And the last one?
23           MR. HEYLMAN:  Is "D" also again.
24           MISS ONSA:  Okay, another "D".  All right, DCD.
25           MR. HEYLMAN:  Dot U S Courts, one word.
```

```
 1            MISS ONSA:  Okay.
 2            MR. HEYLMAN:  Dot gov.
 3            MISS ONSA:  Dot gov.?
 4            MR. HEYLMAN:  G-O-V.
 5            MISS ONSA:  Oh, dot, G-O-V as in government?
 6            MR. HEYLMAN:  Yes.
 7            MISS ONSA:  Okay.
 8            THE COURT:  To repeat, that's WWW, Worldwide Web, WWW
 9  dot DCD, dog, cat, dog, dot U.S. Courts, U-S-C-O-U-R-T-S, dot
10  gov.  And that website has a link to the local rules of the
11  court, and perhaps the Federal Rules of Civil Procedure.  But
12  basically those are the rules that govern.  Those are basically
13  the rules that govern.  So that's where you would go to find
14  out what the rules are.  And there we have it.  Okay.
15            MISS ONSA:  I understand that, Your Honor.
16            THE COURT:  Okay.  And, again, within the week,
17  certainly, the Court will send -- will file a Scheduling Order
18  that will set forth the deadlines by which certain things have
19  to be done.
20            MISS ONSA:  You say within the week, Your Honor?
21            THE COURT:  Within the week, yes.
22            MISS ONSA:  And this is basically the guidelines in
23  order to proceed?
24            THE COURT:  I'm sorry.
25            MISS ONSA:  Are these the guidelines in order to
```

```
 1  proceed?  Is that what you are saying?
 2           THE COURT:  They are the -- they are not the
 3  guidelines in order to proceed.  They are the deadlines -- you
 4  are proceeding.  Right now you are proceeding.
 5           MISS ONSA:  All right.
 6           THE COURT:  But there are deadlines by which certain
 7  segments of the process must be completed, like discovery, and
 8  other -- certain other things.  And this order will inform the
 9  parties of what those deadlines are.
10           And I'm also going to right now schedule another
11  status hearing in this case.
12           MISS ONSA:  Could you repeat that, Your Honor?  I
13  didn't hear what you said.
14           THE COURT:  I'm going to schedule a status hearing in
15  this case.  It's going to be sometime in the distant future
16  actually.  In April of 2007, if the case hasn't been resolved
17  before then.
18           MISS ONSA:  Okay.  You said you were going to schedule
19  another -- would you spell out the words, because I can't hear
20  it?
21           THE COURT:  Well, I'm going to ask -- well, perhaps
22  you will hear this.  April 6, Friday, April 6 at 9:45 a.m.
23           MISS ONSA:  April 6, 2007 at 9:45.
24           THE COURT:  That's correct.
25           MISS ONSA:  And that is if this hasn't been resolved,
```

```
 1  this is the date that --
 2       THE COURT:  That's correct, if it's not been resolved
 3  by that time, then all parties are to appear in this court.
 4  All parties are to appear personally, or their attorneys, in
 5  this court.  I will not have another phone conference, as you
 6  can see this is very --
 7       MISS ONSA:  Yes, Your Honor, I -- I -- I know, and I
 8  appreciate this.  And I know that I am, you know, asking the
 9  Court for extenuating circumstances, and it is much
10  appreciated, Your Honor.
11       THE COURT:  All right.
12       So that's April 6th at 9:45 will be the status hearing
13  in this court.  Of course, if the case is resolved before that
14  time completely, then the status hearing will not take place.
15       And you, again, should expect to receive the Court's
16  Scheduling Order.  And, hopefully, the Scheduling Order will be
17  very clear as to what is required.  Okay.
18       MISS ONSA:  Yes, Your Honor.
19       THE COURT:  Good day.
20       MISS ONSA:  Thank you, Your Honor.
21       THE COURT:  Good day.
22       MR. HEYLMAN:  Thank, Your Honor.
23       (Adjourned at 3:20 p.m.)
24
25                    **CERTIFICATE OF REPORTER**
```

12

1    I, Annie R. Shaw, certify that the foregoing is a correct
2    transcript from the record of proceedings in the above-entitled
3    matter.
4
5
6
7
8
9    _____    9-7-06
     ANNIE R. SHAW, RPR                 Date
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25