# ATTACHMENT 3

# Ward Onsa & Company
P. O. BOX 2461
WARMINSTER, PA 18974

December 30, 2004

Ronald Henry
Kaye Scholer LLP
The McPherson Building
901 Fifteenth Street N.W.
Washington, DC 20005-2327

Dear Ron:

My lack of communication with you these past few months was due to difficulties with an ongoing regulatory problem. This problem seemed at times unsolvable. Recently, I believe I have reached a resolution and will be able at last to begin disbursements.

This letter is to confirm that I am aware of my financial obligations to you and will be contacting you in February with a time table.

Sincerely,

Ward

ONSA
P.O. Box 2441
Warminster, PA 18974

Ronald Henry
Kaye Scholer LLP
The McPherson Building
901 Fifteenth Street N.W.
Washington, DC 20005-2327