UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD K. HENRY, *et al.*,       )
                                 )
        Plaintiffs               )
                                 )
v.                               )     Civil Action No. 05-02406 (HHK)
                                 )
WARD ONSA, *et al.*,             )
                                 )
        Defendants               )

### NOTICE OF ENTRY OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Christopher G. Hoge and the law firm of Crowley, Hoge & Fein, P.C. as new counsel for Plaintiffs, Ronald K. Henry and Constance B. Henry, in the above-captioned litigation.

Pursuant to LCvR 83.6(a), counsel's correct address, telephone number and bar identification number appear below.

Respectfully submitted,

*/s/ Christopher G. Hoge*
Christopher G. Hoge   #203257
Attorney for Plaintiffs

CROWLEY, HOGE & FEIN, P.C.
1710 Rhode Island Avenue, N.W.
7th Floor
Washington, D.C. 20036
(202) 483-2900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Entry of Appearance was mailed by first class mail, postage prepaid, to Ward Onsa, Denise Onsa and Ward Onsa & Company, Defendants *pro se*, 910 Sycamore Court, Marco Island, FL 34145 by me this 29th day of January, 2007.

_____
Christopher G. Hoge

cgh/z/wpdirs/civ
rhenrynoa.wpd