UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RONALD K. HENRY, *et al.*, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-02406 (HHK) |
| | ) | |
| WARD ONSA, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF ENTRY OF APPEARANCE AS CO-COUNSEL

THE CLERK OF THE COURT will please enter the appearance of Ronald K. Henry as co-counsel for the Plaintiffs, Ronald K. Henry and Constance B. Henry, in the above-captioned litigation.

Pursuant to LCvR. 83.6(a), Ronald K. Henry's correct address is: c/o Kaye Scholer LLP, 901 15th Street, N.W., Washington, D.C. 20005. His telephone number is 202-682-3590. His District of Columbia Bar Number is 242941.

It is anticipated that Mr. Henry will argue the Motion for Partial Judgment on the Pleadings scheduled for April 6, 2007, accompanied by Mr. Hoge.

Respectfully submitted,

/s/ Christopher G. Hoge
Christopher G. Hoge #203257
Co-Counsel for Plaintiffs

CROWLEY, HOGE & FEIN, P.C.
1710 Rhode Island Avenue, N.W.
7th Floor
Washington, D.C. 20036
(202) 483-2900

/s/ Ronald K. Henry
Ronald K. Henry #242941
Co-Counsel for Plaintiffs

KAYE SCHOLER LLP
901 15th Street, N.W.
Washington, D.C. 20005
(202) 682-3590

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true copy of the foregoing Notice of Entry of

Appearance was mailed by first class mail, postage prepaid, to Ward Onsa, Denise

Onsa and Ward Onsa & Company, Defendants *pro se*, 910 Sycamore Court, Marco

Island, FL 34145 by me this 4th day of April, 2007.


 /s/ Christopher G. Hoge
Christopher G. Hoge


cgh/z/wpdirs/civ
rhenrynoa.wpd