UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD K. HENRY, *et ux.*, | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) Civil Action 05-02406 (HHK) |
| | ) |
| WARD ONSA, *et al.*, | ) |
| | ) |
| Defendants | ) |

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on May 1, 2007, I served on all counsel or <u>pro</u> <u>se</u> parties hereto, by Federal Express, copies of the following discovery materials:

1) Plaintiffs' Second Set of Interrogatories to Defendants.

2) Plaintiffs' Second Request for Production of Documents to Defendants.

3) Plaintiffs' Second Request for Admissions to Defendants.

4) Plaintiffs' Notice of Depositions of Ward Onsa and Denise Onsa.

I further certify that I will retain the originals of these discovery documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been finally decided.

Respectfully submitted,

RONALD K. HENRY
CONSTANCE B. HENRY
Plaintiffs
By Counsel

CROWLEY, HOGE & FEIN, P.C.

By:   /s/ Christopher G. Hoge
     Christopher G. Hoge #203257

Counsel for Defendant/Counter-Plaintiff
1710 Rhode Island Avenue, N.W.
7th Floor
Washington, D.C.  20036
202-483-2900

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that true copies of the foregoing Certificate Regarding Discovery and all discovery materials described therein were sent by Federal Express to Ward Onsa and Denise Onsa, Defendants *pro se*, 910 Sycamore Court, Marco Island, FL 34145 by me this 1st day of May, 2007.

                                       /s/ Christopher G. Hoge
                                       Christopher G. Hoge

cgh/z/wpd/civ
rhenrycrd.wpd