UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Ronald K. Henry and<br>Constance B. Henry<br><br>       Plaintiffs,<br><br>       v.<br><br>Ward Onsa, Ward Onsa & Company,<br>And Denise Onsa<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION:  05-02406 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

# ORDER
### UPON
### REQUEST FOR TELEPHONE CONFERENCE REGARDING DISCOVERY DISPUTES OR, IN THE ALTERNATIVE, MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY

Upon consideration of Plaintiffs' Motion to Compel and Memorandum in Support Thereof, and the other pleadings and documents filed in this matter, it is hereby

## ORDERED:

1. Defendants shall serve upon Plaintiffs' counsel by Federal Express or similar overnight delivery service full and complete answers to Plaintiffs' Second Set of Interrogatories on or before July 1, 2007;

2. Defendants shall serve upon Plaintiffs' counsel by Federal Express or similar overnight delivery service full and complete responses to Plaintiffs' Second Request for Production of Documents on or before July 1, 2007;

3. Defendants shall serve upon Plaintiffs' counsel by Federal Express or similar

      overnight delivery service full and complete responses to Plaintiffs' Second Set of Requests for Admissions on or before July 1, 2007;

4. To the extent that Defendants' answers and responses identify matters appropriate for additional discovery, Plaintiffs shall serve any Supplemental Discovery Requests on or before August 1, 2007;

5. Defendants shall make themselves available for deposition by Plaintiffs on mutually agreeable dates during the period between July 1, 2007 and August 1, 2007.

6. The Scheduling Order in this matter is hereby amended to provided that discovery shall end on September 1, 2007 and dispositive motions shall be filed on or before October 1, 2007.

7. Plaintiffs' counsel shall submit to the Court a statement of Plaintiffs' reasonable expenses incurred in making this motion, including attorneys' fees, no later than August 1, 2007, which statement shall be considered by the Court in determining the expenses to be awarded under Rule 37(a)(4)(A).

                                                  United States District Judge

Copies:

Christopher G. Hoge, Esq.
Crowley, Hoge & Fein, P.C.
1710 Rhode Island Ave., N.W., 7th Floor
Washington, D.C.  20036

Ronald K. Henry, Esq.
Kaye Scholer, LLP
901 15th Street, N.W.
Washington, D.C. 20005

Ward Onsa
Denise Onsa
Ward Onsa & Company
910 Sycamore Court
Marco Island, FL 34145