UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD K. HENRY and
CONSTANCE B. HENRY,

        Plaintiffs,

    v.

WARD ONSA, et al.,

        Defendants.

Civil Action 05-02406 (HHK)

ORDER OF REFERENCE TO
UNITED STATES MAGISTRATE JUDGE DEBORAH A. ROBINSON

It is this 19th day of June, 2007, hereby

**ORDERED** that plaintiffs' filing titled "REQUEST FOR TELEPHONE CONFERENCE REGARDING DISCOVERY DISPUTES OR, IN THE ALTERNATIVE, MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY" [#18] is hereby referred to United States Magistrate Judge Deborah A. Robinson for her determination pursuant to LCvR 72.2(a).  Henceforth, and until this referral is terminated, <u>all</u> filings in this case shall include the initials of the assigned Magistrate Judge, "DAR," in the caption next to the initials of the undersigned Judge.  *See* LCvR 5.1(f).

                                            Henry H. Kennedy, Jr.
                                            United States District Judge