UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Ronald K. Henry and<br>Constance B. Henry | )<br>)<br>) | |
| Plaintiffs, | )<br>)<br>) | |
| v. | ) | CIVIL ACTION: 05-02406 (HHK) |
| Ward Onsa, Ward Onsa & Company,<br>and Denise Onsa | )<br>)<br>) | NEXT SCHEDULED COURT<br>EVENT: AUGUST 31, 2007<br>DISCOVERY PERIOD ENDS |
| Defendants. | )<br>)<br>) | |

## ORDER

UPON CONSIDERATION of the Plaintiffs' Motion, filed pursuant to Fed. R. Civ. P. 37(b)(2), for an Order imposing sanctions against Defendants Ward Onsa and Denise Onsa for their failure to comply with this Court's Order, rendered orally at a hearing before Magistrate Judge Robinson on July 24, 2007, that Defendants provide complete responses to all of Plaintiffs' written discovery requests by August 6, 2007, and for good cause shown, it is by the Court, this _____ day of _____, 2007, hereby

ORDERED, that the motion be, and it is hereby, GRANTED; and it is further

ORDERED, that the following sanctions are imposed against Defendants Ward Onsa and Denise Onsa: _____

_____

_____

_____

_____

                                                          JUDGE

Copies:

Christopher G. Hoge, Esq.
Crowley, Hoge & Fein, P.C.
1710 Rhode Island Ave., N.W. #700
Washington, D.C. 20036

Ronald K. Henry, Esq.
Kaye Scholer, LLP
901 15th Street, N.W.
Washington, D.C. 20005

Ward Onsa
910 Sycamore Court
Marco Island, FL 34145

Denise Onsa
910 Sycamore Court
Marco Island, FL 34145