UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD K. HENRY and<br>CONSTANCE B. HENRY,<br><br>          Plaintiffs,<br>     v.<br><br>WARD ONSA, et al.,<br><br>          Defendants. | Civil Action 05-02406 (HHK-DAR) |

ORDER OF REFERENCE TO
UNITED STATES MAGISTRATE JUDGE DEBORAH A. ROBINSON

It is this 14th day of August, 2007, hereby

**ORDERED** that plaintiffs' motion for sanctions [#21] is hereby referred to United States Magistrate Judge Deborah A. Robinson for her determination pursuant to LCvR 72.2(a).  Henceforth, and until this referral is terminated, all filings in this case shall include the initials of the assigned Magistrate Judge, "DAR," in the caption next to the initials of the undersigned Judge.  *See* LCvR 5.1(f).

                                        Henry H. Kennedy, Jr.
                                        United States District Judge