UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Ronald K. Henry and<br>Constance B. Henry<br><br>　　　　Plaintiffs,<br><br>　　　　V.<br><br>Ward Onsa<br>Ward Onsa & Company<br>and Denise Onsa<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **RECEIVED**<br><br>SEP 1 3 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>CIVIL ACTION: 05-02406 (HHK-DAR) |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SUPPLEMENTAL MOTION FOR SANCTIONS

　　Defendants, Ward Onsa, Ward Onsa & Company and Denise Onsa respectfully request an extension of time in order to obtain legal counsel to respond to Plaintiffs' Supplemental Motion for Sanctions, which was received via Federal Express on September 5, 2007.

　　Defendants realize we have tested the patience of the Court with our ignorance of legal protocol and are securing legal counsel so the true matters of the case can be focused on.

Dated: ___9-12___, 2007　　By: _/s/ Ward Onsa_
　　　　　　　　　　　　　　　　　Ward Onsa
　　　　　　　　　　　　　　　　　910 Sycamore Court
　　　　　　　　　　　　　　　　　Marco Island, FL 34145

Dated: ___9-12___, 2007　　By: _/s/ Denise Onsa_
　　　　　　　　　　　　　　　　　Denise Onsa
　　　　　　　　　　　　　　　　　910 Sycamore Court
　　　　　　　　　　　　　　　　　Marco Island, FL 34145

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of this Motion was sent via Federal Express to Christopher G. Hoge, Co-Counsel for Plaintiffs, Crowley, Hoge & Fein, P.C., 1710 Rhode Island Avenue, N.W., 7th Floor, Washington, D.C. 20036, on September 12, 2007.

*Ward Onsa*
Ward Onsa
910 Sycamore Court
Marco Island, FL 34145

*Denise Onsa*
Denise Onsa
910 Sycamore Court
Marco Island, FL 34145