**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| Ronald K. Henry and  <br> Constance B. Henry | ) <br> ) <br> ) <br> ) |  |
| Plaintiffs, | ) <br> ) |  |
| v. | ) <br> ) | CIVIL ACTION: 05-02406 (HHK) <br> NEXT SCHEDULED COURT |
| Ward Onsa, Ward Onsa & Company, <br> and Denise Onsa | ) <br> ) <br> ) | EVENT: SEPT. 26, 2007 <br> HEARING ON MOTION FOR <br> SANCTIONS |
| Defendants. | ) <br> ) |  |

**OPPOSITION OF PLAINTIFFS TO DEFENDANTS' MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO**
**PLAINTIFFS' SUPPLEMENTAL MOTION FOR SANCTIONS**

Plaintiffs, Ronald K. Henry and Constance B. Henry, by their undersigned counsel, respectfully submit this Opposition to Defendants' Motion for Extension of Time to Respond to Plaintiffs' Supplemental Motion for Sanctions.

1. Plaintiffs' supplemental motion for sanctions is currently scheduled to be heard on September 26, 2007. This date is important because Judge Kennedy has set a September 28, 2007 status conference for this litigation.

2. Defendants make an open-ended request for more time but, as discussed in both the original motion for sanctions and the supplemental motion, they have consistently and completely failed to meet their obligations and failed to comply with the Orders of this Court. They have never even responded to the original motion for sanctions.

3. Although Defendants' only defense is the claim that they "lost" the funds entrusted to them by Plaintiffs, Defendants have thus far refused to produce a single document in response to Plaintiffs' discovery demands, despite this Court's Order that Defendants must provide such discovery.

4. Defendants continue to violate every obligation to this Court and to violate every agreement made during this litigation, including an agreement to resume Mr. Onsa's deposition and to file a joint motion to the Court regarding an extension of time for discovery. See attached excerpt from August 22, 2007 Deposition of Ward Onsa, Ex. "A".

5. For nearly two years, Defendants have taken advantage of this Court's forbearance solely to evade their obligations.

Wherefore, for the foregoing reasons, Plaintiffs respectfully request that Defendants' Motion for Extension of Time be denied, that Plaintiffs' Supplemental Motion for Sanctions be granted, and that this Court impose sanctions against Defendants pursuant to Fed. R. Civ. P. 37(b)(2).

    Respectfully submitted,

    RONALD K. HENRY
    CONSTANCE B. HENRY
    Plaintiffs
    By Counsel

/s/   Christopher G. Hoge
Christopher G. Hoge #203257
Co-Counsel for Plaintiffs

CROWLEY, HOGE & FEIN, P.C.
1710 Rhode Island Avenue, N.W.
7th Floor
Washington, D.C.  20036
(202) 483-2900

/s/ Ronald K. Henry
Ronald K. Henry #242941
Co-Counsel for Plaintiffs

KAYE SCHOLER LLP
901 15th Street, N.W.
Washington, D.C.  20005
(202) 682-3590

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing pleading was sent by Federal Express to Ward Onsa, Denise Onsa and Ward Onsa & Company, Defendants *pro se*, 910 Sycamore Court, Marco Island, FL 34145 by me this 19th day of September, 2007.

/s/ Christopher G. Hoge
Christopher G. Hoge


cgh/z/wpdirs/civil
rhenryoppmtnext.wpd