1

1  UNITED STATES DISTRICT COURT
2  FOR THE DISTRICT OF COLUMBIA
3
4  - - - - - - - - - - - - - - - - - - - - - x
5  RONALD K. HENRY, et ux.,        :
6         Plaintiffs,              :   Civil Action Number
7      vs.                         :   05-02406 (HHK)
8  WARD ONSA, et al.,              :
9         Defendants.              :
10 - - - - - - - - - - - - - - - - - - - - - x
11
12
13                DEPOSITION OF WARD ONSA
14
15                        Washington, D.C.
16                        Wednesday, August 22, 2007
17
18 REPORTED BY:
19     JULIE T. RICHER, RPR
20
21
22

1  then lunch break was taken from 12:26 to 2:45 p.m.
2  Mr. Henry and Mr. Onsa were joined after the break
3  by Mr. Hoge and Mrs. Onsa.)
4      MR. HENRY:  We've been off the record, and
5  during the time that we were off the record, the
6  parties had some conversations and reached a couple
7  of procedural agreements.  First of all, Mrs. Onsa,
8  Mrs. Denise Onsa, has joined us for purposes of
9  recording these agreements, and Mr. Onsa remains
10 here.
11     While we were off the record, we agreed
12 that the deposition would be recessed and continued
13 until Friday, August 24th, at 11:00 a.m. and that
14 the parties would jointly file a consent motion
15 asking the Court to extend the discovery period
16 until October 1 of 2007.
17     Mr. Onsa, would you confirm that that's
18 our agreement, please.
19     MR. ONSA:  Yes, that is our agreement.
20     MR. HENRY:  Mrs. Onsa?
21     MRS. ONSA:  Yes, that is our agreement.
22     MR. HENRY:  Very good.

```
 1              With that, Mr. Hoge, is there anything
 2   else we need to cover before recessing?
 3              MR. HOGE:  Well, I suppose the record
 4   should reflect that I'm here.  I'm Christopher Hoge,
 5   and I'm co-counsel for the plaintiffs in this
 6   matter.  And I think that the correct name for the
 7   motion would be a joint motion to extend discovery,
 8   since it's going to be a motion filed by both of us,
 9   and that's what we're agreeing to file.  And then I
10   don't have anything else to add.
11              MR. HENRY:  Very good.  And then does
12   Mr. Hoge have your consent to prepare the motion and
13   represent that it's a joint motion by both
14   plaintiffs and defendants?
15              MR. ONSA:  Yes, he does.
16              MRS. ONSA:  Yes.
17              MR. HOGE:  MR. HOGE:  With the
18   understanding, of course, that I'm going to run it
19   by you before I actually file it in court.
20              MRS. ONSA:  Yes.
21              MR. HOGE:  I think we can adjourn for the
22   day.
```

1  Maybe we should put on the record here --
2  Mr. And Mrs. Onsa, I want to let you know on the
3  record that you have a right to get a copy of the
4  transcript of this deposition and to review it.  And
5  if there's any errors that the reporter might have
6  made, not things that you would want to change
7  substantively in your testimony, but if she wrote
8  down P-A-T-R-E and you said P-A-T-I-R, you could
9  make those kinds of changes on an errata sheet.  You
10 don't need to order a transcript and you don't need
11 to go through all that.  You can waive both of those
12 things.
13         MR. ONSA:  Sorry to be so crass, but would
14 that cost me money?
15         MR. HOGE:  Yes.
16         MR. ONSA:  I decline.
17         (Whereupon, at 2:50 p.m., the deposition
18 was adjourned, to be reconvened at 11:00 a.m. on
19 Friday, August 24, 2007.)
20
21
22