UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Ronald K. Henry and Constance B. Henry )<br>)<br>Plaintiffs, )<br>)<br>)<br>V. )<br>)<br>Ward Onsa )<br>Ward Onsa & Company )<br>and Denise Onsa )<br>Defendants. ) | **RECEIVED**<br>SEP 28 2007<br>NANCY MAYER WHITTINGTON<br><br>CIVIL ACTION: 05-02406 (HHK-DAR) |

## DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL MOTION FOR SANCTIONS

We, the Defendants, Ward Onsa, Ward Onsa & Company and Denise Onsa acknowledge and extend our gratitude to the Court for granting an extension of time to respond to Plaintiffs' Motion and respectfully submit this Opposition to Plaintiffs' Supplemental Motion for Sanctions.

To this date, Defendants have been unsuccessful in securing legal counsel. It has been an extremely difficult and disappointing process. There are many factors working against us but the primary and most important is that we do not have the financial resources to secure the services of an attorney. Defendants were referred to several Washington, D.C. attorneys and although they sympathized and stressed the importance of legal representation with a suit of this magnitude, Defendants were unable to afford the required fees for their services. As a result, Defendants must represent themselves in responding to this motion.

1. Defendants, Ward Onsa and Denise Onsa with severely limited monetary funds and limited legal resources have made every effort possible to cooperate with Plaintiffs and their

counsel.

2. Defendants made the trip from Florida to appear for their depositions, conducted by Plaintiff, Ronald K. Henry, on August 22, 2007, at the offices of Christopher G. Hoge in Washington, D.C.

3. Mr. Henry, conducting the deposition with Defendant, Ward Onsa, for approximately one and a half hours suggested that Defendants be taken to lunch and discuss a possible settlement.

4. During lunch, a broad outline of a settlement was discussed and Defendants agreed to explore further details, requesting the need to consult with an attorney and a tax adviser.

5. The parties returned to Mr. Hoge's offices, and after further discussions agreed to file a Joint Motion to Extend the August 31, 2007 Discovery Deadline to allow more time for settlement discussions. Mr. Henry also told Defendants that he would be out of town on Monday, August 27, 2007, during these discussions.

6. On Thursday August 23, 2007, after telephone conversations with both Mr. Henry and Mr. Hoge an agreement was made with Ward Onsa that there would be no depositions scheduled for Friday, August 24, 2007 and that the Defendants would be returning to Florida on that date.

7. On August 24, 2007, after flying back to Florida, and arriving at 910 Sycamore Court, Defendants were unsuccessful in opening Mr. Hodge's e-mail draft of a Joint Motion to Extend the Discovery Deadline.

8. Defendants then called Mr. Hoge and left a voice mail. There was no response from Mr. Hoge.

9. Defendants then drafted a letter, (Exhibit 1) explaining their inability to open the e-mail and to show a willingness to enter into settlement negotiations. This letter was sent via fax to Mr. Hoge, since all correspondence with Mr. Hoge and the Plaintiffs, throughout this process

2

has been through telephone, U.S. mail, fax, and/or Fed Ex. There was no response from Mr. Hoge or Mr. Henry.

10. On August 29, 2007, Defendants drafted and sent another letter, (Exhibit 1), confirming their willingness to discuss settlement, via fax to Mr. Hoge and there was no response from Mr. Hoge or Mr. Henry.

11. Defendants have not signed the letter of intent or the Joint Motion for they have not received them.

12. Defendants have no monies available to pay the Plaintiffs' attorney's fees.

Dated: _____9-27_____, 2007    By: _____Ward Onsa_____
                                    Ward Onsa
                                    910 Sycamore Court
                                    Marco Island, FL 34145

Dated: _____9-27_____, 2007    By: _____Denise Onsa_____
                                    Denise Onsa
                                    910 Sycamore Court
                                    Marco Island, FL 34145

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of this Motion was sent via Federal Express to Christopher G. Hoge, Co-Counsel for Plaintiffs, Crowley, Hoge & Fein, P.C., 1710 Rhode Island Avenue, N. W., 7th Floor, Washington, D.C. 20036, on September 27, 2007.

*[signature]*
Ward Onsa
910 Sycamore Court
Marco Island, FL 34145

*[signature]*
Denise Onsa
910 Sycamore Court
Marco Island, FL 34145