# EXHIBIT 1

Ward Onsa
910 Sycamore Court
Marco Island, Florida 34145


August 24, 2007


Christopher G. Hoge
Crowley, Hoge & Fein, P.C.
1710 Rhode Island Avenue, NW
Seventh Floor
Washington, D.C. 20036-3125
FAX (202) 483-1365

BY FAX

   Re: *Henry v. Onsa*

Dear Mr. Hoge:

This fax is intended to demonstrate my willingness to enter into a negotiated settlement with the Henrys. I have had difficulty opening your file on my computer. I will take this matter up with you on Monday, August 27, 2007.

This letter is verification of my intentions.


Sincerely,

*[signature]*

Ward Onsa

Ward Onsa
910 Sycamore Court
Marco Island, Florida 34145


August 29, 2007


Christopher G. Hoge
Crowley, Hoge & Fein, P.C.
1710 Rhode Island Avenue, NW
Seventh Floor
Washington, D.C. 20036-3125
FAX (202) 483-1365

BY FAX

    Re: *Henry v. Onsa*


Dear Mr. Hoge:


This is further correspondence to confirm our willingness to explore a settlement. I indicated to Mr. Henry that this could not be accomplished without first meeting with an attorney and a tax accountant.

Every effort is being applied in attaining this goal. The week before Labor Day appears to be a vacation week for many people. I'm hoping with the completion of the Labor Day holiday that I will be able to have my consultations. I will keep you informed of my progress.


Sincerely,

Ward Onsa