

1234
WARD ONSA AND CO.
Ex 6

WARD ONSA AND CO.

1236

[illegible]

WARD ONSA AND CO. 1237

PAY TO THE ORDER OF Denise Onsa 12-19

Eight thousand and 00/100

Ward Onsa

WARD ONSA AND CO.
1238
PAY TO THE ORDER OF
Denise Onsa
Eight thousand and no/100
DOLLARS
Mellon PSFS
Ward Onsa

1240

WARD ONSA AND CO.

Feb 2000

PAY TO THE ORDER OF Denise Onsa $ 8,000.00

Eight thousand and xx/100 DOLLARS

00000255 007 0000730432 0082

Mellon PSFS

FOR

Ward Onsa

⑈001240⑈ ⑆031000037⑆ 2=114 627⑈ ⑈0000800000⑈



1241

WARD ONSA AND CO.

WARD ONSA AND CO.

1242

1-19 2001

Diane Onsa [illegible]

[illegible]

Mellon PSFS

[illegible] 031000037 [illegible]

Deposit 1-19-01

WARD ONSA AND CO.
1244

1247

WARD ONSA AND CO.

2-12 2001

Pay to the order of Denise Onsa

Ten thousand and xx/100 DOLLARS

Mellon PSFS

Ward C Onsa

⑈001247⑈ ⑆031000037⑆ 2⑈114 627⑈ ⑈0001000000⑈

deposit 2-16-01

WARD ONSA AND CO.

1249

PAY TO THE ORDER OF Denise Onsa

2-26 2001

Eight thousand and xx/100 DOLLARS

$ 8000.00

Mellon PSFS

FOR

Ward Onsa

⑈001249⑈ ⑆031000037⑆ 2⑈114 627⑈ ⑈0000800000⑈

1250

WARD ONSA AND CO.

2-14 2001

PAY TO THE ORDER OF Denise Onsa $ 8,000.00

Eight thousand and 00/100 DOLLARS

Mellon PSFS

FOR

Ward Onsa

⑈001250⑈ ⑆031000037⑆ 2⑉114 627⑈ ⑈0000800000⑈

1252
WARD ONSA AND CO.
3-16-2001
Denise Onsa
$ 15,000.00
DOLLARS
Mellon PSFS
Waid Onsa
⑈001252⑈ ⑆031000037⑆ 2⑉114 627⑈ ⑈0001500000⑈

WARD ONSA AND CO.

1255

4-3 2001

PAY TO THE ORDER OF Denise Onsa

Mellon PSFS

DDA 400045

Deposit

4-3-01











