

Chfcgh@aol.com
08/25/2007 04:46 PM

Document is Retained

To wonsa1@comcast.net
cc rhenry@kayescholer.com
bcc
Subject Re: Henry vs Onsa

History: This message has been forwarded.

Dear Mr. Onsa:

I received your FAX yesterday that you were having difficulty opening the two documents I e-mailed you on Thursday & Friday. That's probably because they are in Word Perfect format. I have re=saved them now in Word format and attached them again. There are two documents: 1) a proposed letter of intent based on your conversations with Mr. Henry; and 2) a draft joint motion to extend the discovery deadline.

Please look them over this weekend and let me know on Monday if they are acceptable. If the letter of intent is acceptable, you and your wife should sign and date it on the lines indicated and both FAX and mail it back to me.

Thank you.

Chris Hoge

Christopher G. Hoge
CROWLEY, HOGE & FEIN, P.C.
1710 Rhode Island Ave., NW
Seventh Floor
Washington, DC 20036-3125
Tel: (202) 483-2900, Ext. 2
Fax: (202) 483-1365
E-mail: chfcgh@aol.com

Get a sneak peek of the all-new AOL.com.  rhenryjointmtn.doc  rhenrylhintent.doc

*[Handwritten annotation: DELETED TO PRESERVE CONFIDENTIALITY OF SETTLEMENT DISCUSSIONS]*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ronald K. Henry and )
Constance B. Henry )
 )
      Plaintiffs, )
 )
  v. ) CIVIL ACTION: 05-02406 (HHK-DAR)
 ) NEXT SCHEDULED COURT
Ward Onsa, Ward Onsa & Company,) EVENT: AUGUST 31, 2007
and Denise Onsa ) DISCOVERY PERIOD ENDS
 )
      Defendants. )
 )

## JOINT MOTION TO EXTEND DEADLINE
## FOR DISCOVERY AND DISPOSITIVE MOTIONS

Come now all the parties to the above-captioned litigation, and respectfully move this Court, pursuant to LCvR 16.4(a), for a one month extension of the deadlines to complete discovery and file dispositive motions in the above-captioned case. As grounds for this motion, the parties represent as follows:

1. As the Court knows, certain discovery disputes have arisen in this litigation, and a motion for sanctions by plaintiffs is currently pending.

2. Plaintiffs commenced the deposition of Defendant Ward Onsa on August 22, 2007, but interrupted the deposition to engage in settlement negotiations. Those negotiations are on-going as of the date of this motion.

3. Due to these negotiations, and because they do not wish to incur substantial costs in conducting discovery if the case is to be settled, Plaintiffs have not yet completed the deposition of Defendant Ward Onsa and have not taken the deposition of Defendant Denise Onsa, even

though Denise Onsa did appear in Washington, D.C. for her deposition on August 22, 2007. Denise Onsa is also involved in the settlement discussions.

4. In order to have ample opportunity to explore settlement possibilities, the parties would like to extend the deadlines for completion of discovery and for the filing of dispositive motions by one month. The current deadlines, per this Court's oral ruling on July 24, 2007, are August 31, 2007 for the completion of discovery and October 1, 2007 for the filing of dispositive motions.

5. A status hearing is currently scheduled for September 28, 2007 before Judge Kennedy. The requested extensions should not affect the ability of the Court and the parties to have a meaningful status hearing on that date and schedule a trial date.

WHEREFORE, the parties respectfully request that this Joint Motion be granted, and that the discovery deadline and the deadline for filing of dispositive motions be extended by one month.

Respectfully submitted,

/s/ Christopher G. Hoge
Christopher G. Hoge #203257
Attorney for Plaintiffs
CROWLEY, HOGE & FEIN, P.C.
1710 Rhode Island Avenue, N.W.
Washington, D.C. 20036
(202) 483-2900

/s/ Ward Onsa
Ward Onsa
Defendant *Pro Se*
910 Sycamore Court
Marco Island, FL 34145
(239) 394-8488

/s/ Denise Onsa
Denise Onsa
Defendant *Pro Se*
910 Sycamore Court
Marco Island, FL 34145
(239) 394-8488

WARD ONSA & COMPANY

By: /s/ Ward Onsa
    Ward Onsa

910 Sycamore Court
Marco Island, FL 34145
(239) 394-8488

cgh/z/wpdirs/civil
rhenryjointmtn.wpd

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Ronald K. Henry and<br>Constance B. Henry<br><br>   Plaintiffs,<br><br>   v.<br><br>Ward Onsa, Ward Onsa & Company,<br>and Denise Onsa<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION: 05-02406 (HHK-DAR)<br>) NEXT SCHEDULED COURT<br>) EVENT: AUGUST 31, 2007<br>) DISCOVERY PERIOD ENDS<br>)<br>)<br>) |

## **ORDER**

UPON CONSIDERATION of the Joint Motion of all parties hereto for a one month extension of the deadlines to complete discovery and file dispositive motions in the above-captioned case, and for good cause shown, it is, this _____ day of August, 2007, hereby

ORDERED, that the motion be, and it is hereby, GRANTED; and it is further

ORDERED, that the new discovery deadline in this case is October 1, 2007, and the new deadline for filing dispositive motions is November 1, 2007.


                Magistrate Judge Deborah A. Robinson

Copies to:

Christopher G. Hoge, Esq.
Crowley, Hoge & Fein, P.C.
1710 Rhode Island Ave., N.W. #700
Washington, D.C. 20036


Ronald K. Henry, Esq.
Kaye Scholer, LLP
901 15th Street, N.W.

Washington, D.C. 20005

Ward Onsa
910 Sycamore Court
Marco Island, FL 34145

Denise Onsa
910 Sycamore Court
Marco Island, FL 34145