

| | | | |
|---|---|---|---|
| DCD_ECFNotice@dcd.uscourts.gov | To | DCD_ECFNotice@dcd.uscourts.gov | |
| 08/01/2007 05:42 PM | cc | | |
| | bcc | | |
| Document is Retained | Subject | Activity in Case 1:05-cv-02406-HHK-DAR HENRY et al v. ONSA et al Motion Hearing | |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 8/1/2007 at 5:42 PM and filed on 7/24/2007
**Case Name:** HENRY et al v. ONSA et al
**Case Number:** 1:05-cv-2406
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Minute Entry. Proceedings held before Magistrate Judge Deborah A. Robinson : Hearing on Plaintiffs' Motion to Compel Discovery conducted; motion granted for reasons set forth on the record; Defendants shall serve complete responses, without objections to Plaintiffs' written discovery requests no later than August 6, 2007; discovery shall conclude on August 31, 2007; Defendants shall pay Rule 37 sanctions in accordance with the court's ruling from the bench no later than August 31, 2007; dispositive motions are due no later than October 1, 2007.(Court Reporter Pro-typists.) (lm )


**1:05-cv-2406 Notice has been electronically mailed to:**
Ronald K. Henry rhenry@kayescholer.com
Christopher G. Hoge chfcgh@aol.com
Paul Monroe Heylman pheylman@saul.com

**1:05-cv-2406 Notice will be delivered by other means to::**

DENISE ONSA
910 Sycamore Court
Marco Island, FL 34145

WARD ONSA
910 Sycamore Court
Marco Island, FL 34145

WARD ONSA & COMPANY
910 Sycamore Court
Marco Island, FL 34145


*CITIZENS BANK*

1-888-910-4100
Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Checking Account Statement 

**② of 3**

Beginning July 18, 2007 through August 15, 2007

DENISE L ONSA
WARD S ONSA
Personal Checking with Interest
610402-677-3

*Checking continued from previous page*

### ATM/Purchases (continued)

| Date | Amount | Description |
|---|---|---|
| 08/06 | 43.14 | MMC Purchase - 999999 Guyharvey'sislan Isla ND FL |
| 08/08 | 177.90 | Point Of Sale Debit - 606126 Cingular ATM Q Alpharetta GA |
| 08/09 | 25.00 | MMC Purchase - 999999 DC Ticket Payment-202-756- 00 DC |
| 08/13 | 50.00 | MMC Purchase - 0001 Qwik Stop #3301 Marco Isla ND FL |
| 08/13 | 14.19 | MMC Purchase - 999999 Fedex Shp 08/09/07855-9190 774tn |
| 08/14 | 203.80 | MMC Purchase - 999999 USA 3000 877-872-30 00 PA |
| 08/15 | 119.40 | MMC Purchase - 999999 USA 3000 877-872-30 00 PA |
| 08/15 | 45.99 | MMC Purchase - 000000 Nolo 510-549197 6 CA |

### Other Withdrawals

| Date | Amount | Description |
|---|---|---|
| 07/20 | 500.00 | Withdrawal |
| 07/23 | 13.00 | Service Charge (1) Wire Transfer Fees |
| 07/24 | 108.99 | Verizon Arc Check Pymt 070723 2425 |
| 07/25 | 111.52 | Allied Waste Svc Check Pymt 072407 2426 |
| 07/26 | 500.00 | Withdrawal |
| 08/07 | 900.00 | Withdrawal |
| 08/09 | 411.93 | Lee County Elect Electric 070808 0897920000 |
| 08/13 | 1,700.00 | Withdrawal |
| 08/14 | 300.00 | Withdrawal |
| 08/15 | 900.00 | Withdrawal |
| 08/15 | 10.00 | Monthly Maintenance Fee |

⊖ **Total Withdrawals** 8,078.45

### Deposits & Additions

| Date | Amount | Description |
|---|---|---|
| 07/19 | 2,048.28 | Deposit |
| 07/23 | 4,000.00 | Incoming Wire Transfer (Mts No.070723005352) |
| 08/06 | 2,388.26 | Deposit |
| 08/14 | 3,000.00 | Deposit |

### Interest

| Date | Amount | Description |
|---|---|---|
| 08/15 | .64 | Interest |

⊕ **Total Deposits & Additions** 11,436.54

⊕ **Total Interest Paid** .64

⊖ **Current Balance** 2,483.39

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/18 | 612.62 | 07/27 | 3,815.19 | 08/07 | 4,305.44 |
| 07/19 | 2,514.41 | 07/30 | 3,269.25 | 08/08 | 4,127.54 |
| 07/20 | 1,662.36 | 07/31 | 3,239.25 | 08/09 | 3,690.61 |
| 07/23 | 5,496.07 | 08/02 | 3,085.02 | 08/13 | 1,926.42 |
| 07/24 | 5,349.58 | 08/03 | 3,013.24 | 08/14 | 3,587.99 |
| 07/25 | 4,973.77 | 08/06 | 5,205.44 | 08/15 | 2,483.39 |
| 07/26 | 4,392.09 | | | | |

**MEMO**

--Did you know you could view your statement through Online Banking? Log into Online Banking at citizensbankonline.com, click on the account you wish to view, and then click on "View Statements".

**NEWS FROM CITIZENS**

--In June we announced some changes to the way we provide availability on some deposited items. We want you to know that as of July 23, when these changes took effect, we will in general make the first $100 of your deposit(s) of items drawn on another bank available to you on the business day of your deposit, with the rest of your deposit made available on the next business day.
This means that if you deposit a $500 check drawn on another bank on Monday, $100 will be



```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
-------------------------------X
RONALD K. HENRY, et al,                    Civil Action No. 05-2406

          Plaintiff

     v.

WARD ONSA, et al,

          Defendant,

-------------------------------X           Washington, D.C.
                                           Friday, July 7, 2006
                                           2:45 P.M.

          TRANSCRIPT OF INITIAL STATUS CONFERENCE
         BEFORE THE HONORABLE HENRY H. KENNEDY, JR.
                 UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:     PAUL M. HEYLMAN, ESQUIRE
                       SCHMELTZER APTAKER & SHEPARD, PC
                       The Watergate
                       2600 Virginia Ave., N.W. Suite 1000
                       Washington, D.C.  20037-1905
                       (202) 333-8800


For the Defendant:     MR. WARD ONSA
                       Pro se



Court Reporter:        ANNIE R. SHAW, RPR
                       U.S. District Courthouse
                       Room 6820
                       Washington, D.C.  20001
                       (202) 289-9002

Proceedings recorded by mechanical stenography, transcript
produced by computer.
```

6

1     MISS ONSA:  Yes, Your Honor.

2     THE COURT:  Do you have any response that you would
3 like to make to what has just been said?

4     MISS ONSA:  Well, first, Your Honor, I would like to
5 extend an apology to you and to the legal system.  I am not an
6 attorney, and I did not follow legal protocol.  The reason
7 being I really was not aware of it.  And I do want to state
8 that my husband has made every attempt possible to repay the
9 Henrys.  And we have paid a amount of $990,000 back to the
10 Henrys.  He has worked diligently, and I am working diligently.
11 We have separated ourselves from one another so that we could
12 make an effort.  We are financially in very great, very bad
13 straights at this point.  And we have made as much of an
14 obligation as we can at this point.  And he has honored it.

15     And I do have documents with the initial investment.
16 It just basically states what the amount was given, and we
17 don't have a guaranty in there.

18     My husband honored it because he is a very decent
19 individual.  And he is trying his best to keep the business
20 going, and that is the reason why he is not in attendance
21 today.  And that is the reason why I am speaking today to the
22 Court.

23     THE COURT:  Well, Miss Onsa, I heard your apology,
24 it's certainly accepted.

25     What I would suggest to you is that, frankly, there is

```
 1  a reason for lawyers.  I think it's always best, if at all
 2  possible, for a person who is involved in litigation to be
 3  represented by a lawyer.
 4          MISS ONSA:  I understand that, Your Honor, if I may
 5  speak.
 6          THE COURT:  But I did hear you when you said that you
 7  simply cannot afford a lawyer to represent your interests.
 8  There are people who represent themselves, some of whom would
 9  choose to represent themselves even if they can afford to hire
10  a lawyer, and despite my suggestion that that's not such a good
11  idea.
12          But in any event, what one must do who represents
13  himself or herself, whether because he or she chooses to do so
14  or because he or she can't afford to retain an attorney, must
15  follow the rules.
16          And there are rules that are set forth in the -- in
17  various places.  And from here on out, I suggest that you make
18  it your business to find out what the rules are and comply with
19  them.  That's really all that I can think to tell you.  Because
20  a suit has been filed, filed properly, and we'll go forward to
21  a resolution of it, in accordance with the facts as they may be
22  revealed properly and the law that governors these disputes.
23          Now, under the circumstances what I'm going to do is
24  to file what is called a Scheduling Order.  That Scheduling
25  Order will be preceded by certain directives, that is certain
```

```
 1   statements concerning what is expected of the litigants.
 2   Please read that very, very carefully.
 3           You should know that there is a web site that you
 4   might go to.  Mr. Smith, do you know the locus of the website.
 5   It's WWW -- Do you know, Mr. Heylman?
 6           MR. HEYLMAN:  Yes, Your Honor, it's WWW dot D C D dot
 7   U S Courts dot gov.
 8           MISS ONSA:  Could you repeat that, sir?
 9           MR. HEYLMAN:  Sure.
10           MISS ONSA:  WW dot --
11           MR. HEYLMAN:  Dot DCD --
12           MISS ONSA:  Is that "B" as in boy?
13           MR. HEYLMAN:  No, "D" as in dog.
14           MISS ONSA:  All right, D --
15           MR. HEYLMAN:  DCD --
16           MISS ONSA:  Is that "B" as in boy?
17           MR. HEYLMAN:  No, "D" as in dog.
18           MISS ONSA:  All right.  D --
19           MR. HEYLMAN:  DCD, it's District of Columbia District.
20           MISS ONSA:  All right.  D, "C" as in cat.
21           MR. HEYLMAN:  Cat.
22           MISS ONSA:  Okay.  And the last one?
23           MR. HEYLMAN:  Is "D" also again.
24           MISS ONSA:  Okay, another "D".  All right, DCD.
25           MR. HEYLMAN:  Dot U S Courts, one word.
```

1

*[handwritten, circled: Ex. 4]*

```
1              UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3

4    ---------------------------x

5    RONALD K. HENRY, et ux.,    :

6           Plaintiffs,          :   Civil Action Number

7       vs.                      :   05-02406 (HHK)

8    WARD ONSA, et al.,          :

9           Defendants.          :

10   ---------------------------x

11

12

13                  DEPOSITION OF WARD ONSA

14

15                            Washington, D.C.

16                            Wednesday, August 22, 2007

17

18   REPORTED BY:

19      JULIE T. RICHER, RPR

20

21

22
```

```
 1      A    No.

 2      Q    When you received money from me, where did
 3   you put it?  Where was it first deposited?
 4      A    In Ward Onsa and Company checking account.
 5      Q    And where was that?
 6      A    At a bank in Pennsylvania.
 7      Q    Which one?
 8      A    Citizen's Bank.
 9      Q    Did it have a different name earlier?
10      A    It might have.  That's what it's called
11   now.
12      Q    Was it Mellon?
13      A    Yes.  It was Mellon.  Mellon's now
14   Citizen.
15      Q    Okay.  Did everybody's money go into that
16   same account?
17      A    Yes.
18      Q    And it was always the same account you
19   used for all money coming in?
20      A    Yes.
21      Q    After the money got into the account,
22   Mellon or Citizen's, whatever name it had at that
23
```

```
 1    Exchange?
 2        A    Yes.
 3        Q    And after 9/11 you mostly traded the S&P
 4    500 Index through the Chicago exchange?
 5        A    Correct.
 6        Q    What other types of investments did you
 7    do?
 8        A    They were the only two investments that I
 9    did.
10        Q    After you moved -- first of all you said
11    the money was received into the Mellon or Citizen's
12    account.  You then used the money to buy stocks in
13    your name.  When you got money from selling a call,
14    where did that money go?
15        A    It resided in the account.
16        Q    Went back to the same Citizen's account?
17        A    No.  It resided in the actual trading
18    account.
19        Q    Straying in the trading account at the
20    NYSE?
21        A    The only thing the Citizen's account did
22    was a vehicle to take checks and send checks.
23
```

1    Q    So you kept the gains from your trades at
2    the stock exchange?
3    A    Yeah. All trades, all cumulative trades
4    stayed there.
5    Q    And all of that was in the name Ward Onsa?
6    A    Yes.
7    Q    Did you invest any of your own money also?
8    A    Well, when I started, I had very little
9    money, and most of my money sustained my lifestyle.
10   And I had a profit-sharing arrangement with my
11   clients, and I never knew if I was going to achieve
12   that profit-sharing arrangement.
13   Q    So what happened to your share of the
14   profits? Did you reinvest that?
15   A    Well, I never realized them, and they were
16   unrealized gain that became essentially that, an
17   unrealized gain. I was building the business and
18   building the assets of the business. And after I
19   would have satisfied my projections to people, I
20   would have received a lump sum, so I did not draw
21   money from the account. I left my potential share
22   of it in the account.
23

(65)

| | |
|---|---|
| WARD ONSA AND CO. | 1336 |
| Ronald Heary | 7-1 2002 |
| seventy thousand and xx/100 | $ 70,000.00 DOLLARS |
| Mellon PSFS | Ward Onsa |
| ⑈001336⑈ ⑉031000037⑉ 2⑈111 627⑈ | ⑈000700000⑈ |

| | |
|---|---|
| WARD ONSA AND CO. | 1335 |
| Ronald Heary | 7-1 2002 |
| thirty thousand and xx/100 — | $ 30,000.00 DOLLARS |
| Mellon PSFS | Ward Onsa |
| FOR | |
| ⑈001335⑈ ⑉031000037⑉ 2⑈111 627⑈ | ⑈000300000⑈ |