

WARD ONSA AND CO.

1236





| | 1240 |
|---|---|
| WARD ONSA AND CO. | |

PAY TO THE ORDER OF Denise Onsa    1-04-2000    $ 8,000.00

Eight thousand and 00/100 ———————————————— DOLLARS

Mellon PSFS

⑆001240⑆ ⑆031000170⑆  2-114 627⑆         ⑆0000800000⑆



Deposit
10-19-01

WARD ONSA AND CO.                                    1242

1-19

1243







```
                                                          1247
WARD ONSA AND CO.
                                          2-12
     Denise  Onsa
  Ten  Thousand   And  xx/100                              DOLLARS
   Mellon PSFS
                                                    Ward C Onsa
  ⑈001247⑈ ⑆031000037⑆   2-114 627⑈    ⑆0001000000⑆
```

Deposit
2-16-01









Case 1:05-cv-02406-HHK   Document 28-3   Filed 10/10/2007   Page 15 of 19







