



EXHIBIT

3

**CHECK FILM PROBLEMS**

**NO COPIES AVAILABLE**          Page____1____

Account Title _Denise L Orsa_

Account Number _000-073-0432_

| DATE PAID | CHECK NUMBER | AMOUNT |
|-----------|--------------|--------|
| 1 _9-24-01_ | | _10,000.00 Deposit_ |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |















WARD ONSA AND CO.

1295

12-19 2001

Pay to Denise Onsa                    $ 1,000

Eight thousand end    xx/100

Mellon PSFS

WARD ONSA AND CO

1299

Pay
to the
order of Dennis Onsa

Two thousand and xx/100

DOLLARS

Mellon PSFS

FOR

Ward Onsa

⑈001299⑈ ⑆031000037⑈ 2-116 527⑈



WARD CNSA AND CO.

1303

PAY
TO THE
ORDER OF  Dcaise  Dese

Fifty thousand  and

Mellon PSFS

Ward Cnsa







1328

**WARD ONSA AND CO.**

5 3ª 200²

$ d, ...

Deise Onsa

Thousand    and    xx/c.

DOLL...

2

PURE PERS'

Ward Onsa

⑆⑆0113 24⑆ ⑆031000037⑆:   2⑆116 627⑆   ⑆0000800⑆





2



A AND CO.                                                    1340

Pay _____ Onse                           7-1    2002

_____ thousand    and  xx/100 —           $ 1,000 00

Mellon PSFS                                         DOLLARS

⑆001340⑆ ⑆031000037⑆ 2-114 627⑆              ⑈0000800000⑈

WARD ONSA AND CO.                                                    1346

PAY  *Denise Onsa*                              *F. 3*   *2002*

*thousand five hundred  and  xx/xxx*

Mellon PSFS

                                        *Ward O*

⑈0013468⑈ ⑈031000037⑈ 2⑈116 627⑈

DEPOSIT TICKET

WARD G. ONSA
DENISE L. ONSA

DATE  *F-3-02*

Mellon

0000730432⑈ 22 /00008500000

$ 500.00



Case 1:05-cv-02048-UNA Document 29-4 Filed 10/19/2007 Page 22 of 22

ed and $5/16 —

*Ward On...*

1:01000174: 2-114 527