UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ronald K. Henry and<br>Constance B. Henry<br><br>    Plaintiffs,<br><br>        v.<br><br>Ward Onsa, Ward Onsa & Company,<br>and Denise Onsa<br><br>    Defendants. | CIVIL ACTION: 05-02406 (HHK-DAR)<br>NEXT SCHEDULED COURT<br>EVENT: OCTOBER 25, 2007<br>STATUS HEARING |

## PLAINTIFFS' STATUS REPORT

Plaintiffs Ronald K. Henry and Constance B. Henry, by their undersigned counsel, in preparation for the October 25, 2007 Status Conference with this Court, hereby report as follows:

1. Defendants have long and repeatedly been advised of their obligations to follow the rules and procedures of this Court. For example, at the July 7, 2006 hearing, this Court stated on the record: "And from here on out, I suggest that you make it your business to find out what the rules are and comply with them. That's really all that I can think to tell you. Because a suit has been filed, filed properly, and will go forward to a resolution of it, in accordance with the facts as they may be revealed properly and the law that governs these disputes." *See* Exhibit 1.

2. Defendants did not provide discovery as required.

3. On July 24, 2007, Magistrate Judge Robinson imposed sanctions for Defendants'

failure to provide discovery.

4. On October 12, 2007, Magistrate Judge Robinson imposed further sanctions for Defendants' continuing failure to provide discovery and their failure to comply with the July 24 Order. Furthermore, Magistrate Judge Robinson took under advisement what, if any, additional sanctions should be imposed.

5. On October 15, 2007, Defendants remitted to Plaintiffs' counsel the amount of $3,300.00 pursuant to Magistrate Judge Robinson's July 24, 2007 Order. This amount was to have been paid by August 31, 2007. Moreover, under the October 12, 2007 Order additional sanctions were to be paid by October 19, 2007, but they have not been.

6. Apart from the payment of $3,300.00, Defendants have continued their failure to comply with their discovery obligations and the Orders of July 24 and October 12. More particularly, Defendants have still failed to produce a single document in response to Plaintiffs' Document Request.

7. The Court will recall that Defendants' only defense in this action is to claim that they somehow "lost" Plaintiffs' money as a result of the events of 9/11/01. Although Defendants have refused to provide any documents whatsoever, Plaintiffs have had limited success obtaining bank records through third-party subpoenas and have found that Defendants simply took the money from the investment account and paid it to themselves. Exhibit 2 is a sampling of Defendants' takings **after** 9/11/01.

8. The record developed by Magistrate Judge Robinson also reveals numerous falsehoods and inconsistencies by these Defendants.

9. Defendants have chosen not to retain counsel allegedly because of a lack of resources. However, Exhibit 3 (obtained through Plaintiffs' third-party subpoena) shows that Defendants received at least $11,000.00 into just one of their accounts in the month of August alone. *See* Exhibit 3. Rather than lack of resources, Plaintiffs believe that Defendants' decision not to obtain counsel is driven by the fact that counsel would be obligated to follow the Court's rules and to tell the truth.

10. This case has now been pending for well over two years and Defendants have steadfastly refuse to provide any discovery that would support their single defense that they "lost" Plaintiffs' money. As argued to Magistrate Judge Robinson, Plaintiffs believe that a default is the appropriate remedy.

Respectfully submitted,

RONALD K. HENRY
CONSTANCE B. HENRY
Plaintiffs
By Counsel

| /s/   Christopher G. Hoge | /s/ Ronald K. Henry |
|---|---|
| Christopher G. Hoge #203257 | Ronald K. Henry #242941 |
| Co-Counsel for Plaintiffs | Co-Counsel for Plaintiffs |
| | |
| CROWLEY, HOGE & FEIN, P.C. | KAYE SCHOLER LLP |
| 1710 Rhode Island Avenue, N.W. | 901 15th Street, N.W. |
| 7th Floor | Washington, D.C.  20005 |
| Washington, D.C.  20036 | (202) 682-3590 |
| (202) 483-2900 | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing pleading was sent by e-mail to "wonsa1@comcast.net" and by Federal Express to Ward Onsa, Denise Onsa and Ward Onsa & Company, Defendants *pro se*, 910 Sycamore Court, Marco Island, FL 34145 by me this 24th day of October, 2007.

/s/ Christopher G. Hoge
Christopher G. Hoge

cgh/z/wpdirs/civil
rhenrystatusrpt.wpd