```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
    ------------------------------X
    RONALD K. HENRY, et al,                 Civil Action No. 05-2406

              Plaintiff

         v.

    WARD ONSA, et al,

              Defendant,

    ------------------------------X        Washington, D.C.
                                           Friday, July 7, 2006
                                           2:45 P.M.

         TRANSCRIPT OF INITIAL STATUS CONFERENCE
         BEFORE THE HONORABLE HENRY H. KENNEDY, JR.
                UNITED STATES DISTRICT JUDGE

    APPEARANCES:

    For the Plaintiff:    PAUL M. HEYLMAN, ESQUIRE
                          SCHMELTZER APTAKER & SHEPARD, PC
                          The Watergate
                          2600 Virginia Ave., N.W. Suite 1000
                          Washington, D.C.  20037-1905
                          (202) 333-8800


    For the Defendant:    MR. WARD ONSA
                          Pro se



    Court Reporter:       ANNIE R. SHAW, RPR
                          U.S. District Courthouse
                          Room 6820
                          Washington, D.C.  20001
                          (202) 289-9002

    Proceedings recorded by mechanical stenography, transcript
    produced by computer.
```

**EXHIBIT 1**

1   a reason for lawyers. I think it's always best, if at all
2   possible, for a person who is involved in litigation to be
3   represented by a lawyer.
4           MISS ONSA: I understand that, Your Honor, if I may
5   speak.
6           THE COURT: But I did hear you when you said that you
7   simply cannot afford a lawyer to represent your interests.
8   There are people who represent themselves, some of whom would
9   choose to represent themselves even if they can afford to hire
10  a lawyer, and despite my suggestion that that's not such a good
11  idea.
12          But in any event, what one must do who represents
13  himself or herself, whether because he or she chooses to do so
14  or because he or she can't afford to retain an attorney, must
15  follow the rules.
16          And there are rules that are set forth in the -- in
17  various places. And from here on out, I suggest that you make
18  it your business to find out what the rules are and comply with
19  them. That's really all that I can think to tell you. Because
20  a suit has been filed, filed properly, and we'll go forward to
21  a resolution of it, in accordance with the facts as they may be
22  revealed properly and the law that governors these disputes.
23          Now, under the circumstances what I'm going to do is
24  to file what is called a Scheduling Order. That Scheduling
25  Order will be preceded by certain directives, that is certain