



EXHIBIT

2

**CHECK FILM PROBLEMS**

**NO COPIES AVAILABLE**    Page _____1_____

Account Title _Denise L Orsa_

Account Number _000 - 073 - 0432_

| DATE PAID | CHECK NUMBER | AMOUNT |
|-----------|--------------|--------|
| 1  _9-24-01_ | | _10,000.00_ Deposit |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |













WARD ONSA AND CO.

1295

12-19 2001

PAY TO THE ORDER OF Denise Onsa                    $ 600

Eight Thousand    and    XX/100                         DOLLARS

Mellon PSFS

Denise Onsa



1303

WARD CNSA AND CO.

PAY
TO THE
ORDER OF   Draise Oesee

Fifty thousand   and   n/a

**Mellon PSFS**
EDA 1877021

DOLLARS

Ward Cnsa

FOR

⑆001303⑆ ⑇031000037⑉ 2-116 627⑈ /C005000000⑆



1316

AND CO.

4-9 2002

Ward Onsa

⑈:10000379⑈  ⑈114 627⑈²  ⑈0000650⑈

DEPOSIT TICKET

WARD S. ONSA
DENISE L. ONSA

DATE    4-9-02

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

Mellon
Mellon Bank, N.A.
Philadelphia, PA

$

000073043 2⑈    22  ⑈0000800000⑈

1318

4·30· 2002

Onsa                                    $

and XX/100

Ward Onsa

⑆031000037⑆  2=114 627⑈          ⑆0001300000⑈

---

**DEPOSIT TICKET**

WARD S. ONSA
DENISE L. ONSA

DATE  4·30·02
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

Mellon
Mellon Bank, N.A.
Philadelphia, PA

0000730432⑈          22 ⑆00030000000⑈



WARD ONSA AND CO.

1328

5 30 2002

$ d ...

Deane Onsa

Thousand and xx/c DOLL

2

Wad On







& AND CO.                                                        1340

Pauline    Onste                              7-1    2002

------ thousand    and    xx/100                        $ 1,000.00

Mellon PSFS·                                                DOLLARS

⑈006340⑈ ⑆031000037⑈    2⑈444 627⑈              ⑈0000800000⑈

WARD ONSA AND CO.

1346

PAY

Denise Onsa

F-3  2002

thousand five hundred and xx/xx

Mellon PSFS

Ward On

⑈001346⑈ ⑈0310000037⑈  2-116 627⑈

DEPOSIT TICKET

WARD A. ONSA
DENISE L. ONSA

DATE  5-3-02

Mellon
Philadelphia, PA

0000730432⑈    22  ⑈0000850000⑈



and $\frac{1}{11}$ —

Ward A.

011000017 2=114 627