

*Citizens Bank* (handwritten)

**EXHIBIT**

**3**

1-888-910-4100

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Checking Account Statement

2 of 3

Beginning July 18, 2007
through August 15, 2007

DENISE L ONSA
WARD S ONSA
Personal Checking with Interest
610402-677-3

*Checking continued from previous page*

**ATM/Purchases (continued)**

| Date | Amount | Description |
|---|---|---|
| 08/06 | 43.14 | MMC Purchase - 999999 Guyharvey'sislan Isla ND FL |
| 08/08 | 177.90 | Point Of Sale Debit - 806126 Cingular ATM Q Alpharetta GA |
| 08/09 | 25.00 | MMC Purchase - 999999 DC Ticket Payment-202-756-.00 DC |
| 08/13 | 50.00 | MMC Purchase - 0001 Quik Stop #3301 Marco Isla ND FL |
| 08/13 | 14.19 | MMC Purchase - 999999 Fedex Shp 08/08/07855-0190 774tn |
| 08/14 | 203.80 | MMC Purchase - 999999 USA 3000 877-872-30 00 PA |
| 08/15 | 119.40 | MMC Purchase - 999999 USA 3000 877-872-30 00 PA |
| 08/15 | 45.99 | MMC Purchase - 000000 Nolo 510-549197 6 CA |

**Other Withdrawals**

| Date | Amount | Description |
|---|---|---|
| 07/20 | 500.00 | Withdrawal |
| 07/23 | 13.00 | Service Charge (1) Wire Transfer Fee |
| 07/24 | 108.99 | Verizon Arc Check Pymt 070723 2425 |
| 07/25 | 111.52 | Allied Waste Svc Check Pymt 072407 2426 |
| 07/26 | 500.00 | Withdrawal |
| 08/07 | 900.00 | Withdrawal |
| 08/09 | 411.93 | Lee County Elect Electric 070808 0897920000 |
| 08/13 | 1,700.00 | Withdrawal |
| 08/14 | 300.00 | Withdrawal |
| 08/15 | 900.00 | Withdrawal |
| 08/15 | 10.00 | Monthly Maintenance Fee |

**Deposits & Additions**

| Date | Amount | Description |
|---|---|---|
| 07/19 | 2,048.28 | Deposit |
| 07/23 | 4,000.00 | Incoming Wire Transfer (Mts No.070723005352) |
| 08/06 | 2,388.26 | Deposit |
| 08/14 | 3,000.00 | Deposit |

**Interest**

| Date | Amount | Description |
|---|---|---|
| 08/15 | .64 | Interest |

⊖ Total Withdrawals
8,078.45

⊕ Total Deposits & Additions
11,436.54

⊕ Total Interest Paid
.64

⊜ Current Balance
2,483.39

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/18 | 612.62 | 07/27 | 3,815.19 | 08/07 | 4,305.44 |
| 07/19 | 2,514.41 | 07/30 | 3,260.25 | 08/08 | 4,127.54 |
| 07/20 | 1,662.36 | 07/31 | 3,239.25 | 08/09 | 3,690.61 |
| 07/23 | 5,496.07 | 08/02 | 3,095.02 | 08/13 | 1,928.42 |
| 07/24 | 5,349.58 | 08/03 | 3,013.21 | 08/14 | 1,587.99 |
| 07/25 | 4,973.77 | 08/06 | 5,205.44 | 08/15 | 2,483.39 |
| 07/26 | 4,392.09 | | | | |

**MEMO**

--Did you know you could view your statement through Online Banking? Log into Online Banking at citizensbankonline.com, click on the account you wish to view, and then click on "View Statements".

**NEWS FROM CITIZENS**

--In June we announced some changes to the way we provide availability on some deposited items. We want you to know that as of July 23, when these changes took effect, we will in general make the first $100 of your deposit(s) of items drawn on another bank available to you on the business day of your deposit, with the rest of your deposit made available on the next business day.
This means that if you deposit a $500 check drawn on another bank on Monday, $100 will be