

CASREF, TYPE-M

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:05-cv-02406-HHK-DAR

| | |
|---|---|
| HENRY et al v. ONSA et al | Date Filed: 12/15/2005 |
| Assigned to: Judge Henry H. Kennedy | Jury Demand: None |
| Referred to: Magistrate Judge Deborah A. Robinson | Nature of Suit: 190 Contract: Other |
| Demand: $24,000,000 | Jurisdiction: Federal Question |
| Cause: 15:78m(a) Securities Exchange Act | |

**Plaintiff**

**RONALD K. HENRY**     represented by     **Paul Monroe Heylman**
Saul Ewing LLP
2600 Virginia Avenue, NW
Suite 1000
Washington, DC 20037-1922
(202) 333-8800
Fax: (202) 337-6065
Email: pheylman@saul.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher G. Hoge**
CROWLEY, HOGE & FEIN, P.C.
1710 Rhode Island Avenue, NW
Suite 700
Washington, DC 20036-3125
(202) 483-2900
Fax: (202) 483-1365
Email: chfcgh@aol.com
*ATTORNEY TO BE NOTICED*

**Ronald K. Henry**
KAYE SCHOLER LLP
901 15th Street, NW
Suite 1100
Washington, DC 20005
(202) 682-3590
Fax: (202) 682-3580
Email: rhenry@kayescholer.com

**Plaintiff**

**CONSTANCE B. HENRY**     represented by     **Paul Monroe Heylman**
(See above for address)

                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Christopher G. Hoge**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald K. Henry**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
WARD ONSA      represented by   **WARD ONSA**
                910 Sycamore Court
                Marco Island, FL 34145
                PRO SE

**Defendant**
WARD ONSA & COMPANY      represented by   **WARD ONSA & COMPANY**
                910 Sycamore Court
                Marco Island, FL 34145
                PRO SE

**Defendant**
DENISE ONSA      represented by   **DENISE ONSA**
                910 Sycamore Court
                Marco Island, FL 34145
                PRO SE

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/15/2005 | 1 | COMPLAINT against WARD ONSA, WARD ONSA & COMPANY, DENISE ONSA (Filing fee $ 250) filed by RONALD K. HENRY, CONSTANCE B. HENRY.(lc, ) (Entered: 12/19/2005) |
| 12/15/2005 | 2 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by RONALD K. HENRY, CONSTANCE B. HENRY (lc, ) (Entered: 12/19/2005) |
| 12/15/2005 | | Summons (3) Issued as to WARD ONSA, WARD ONSA & COMPANY, DENISE ONSA. (lc, ). (Entered: 12/19/2005) |
| 03/09/2006 | 3 | ANSWER to Complaint by WARD ONSA, WARD ONSA & COMPANY, DENISE ONSA.(lc, ) (Entered: 03/10/2006) |
| 05/10/2006 | 4 | Order For Initial Scheduling Conference. Initial scheduling conference set for July 7, 2006, at 2:45 p.m., in Courtroom 27A, before Judge Henry H. Kennedy, Jr. Signed by Judge Henry H. Kennedy, Jr., on May 10, |

District of Columbia live database
Case 1:05-cv-02406-HHK    Document 33-2    Filed 02/06/2008    Page 3 of 7
Page 3 of 7

| | | |
|---|---|---|
| | | 2006. (FL, ) (Entered: 05/10/2006) |
| 06/30/2006 | 5 | MEET AND CONFER STATEMENT. (Attachments: # 1 Exhibit Exhibit A to Report on Conference# 2 Text of Proposed Order)(Heylman, Paul) (Entered: 06/30/2006) |
| 07/10/2006 | | Minute Entry for proceedings held before Judge Henry H. Kennedy : Status Conference held on 7/07/2006. Defendant Denise Onsa present via telephone, Defendant Ward Onsa not present. Next Status Conference set for 4/6/07 at 9:45am. A Scheduling Order will be issued from Chambers. (Court Reporter Annie Shaw.) (hs,) (Entered: 07/10/2006) |
| 07/17/2006 | 6 | Scheduling Order: Status conference set for April 6, 2007, at 9:45 a.m., Courtroom 27A, before Judge Henry H. Kennedy, Jr. Signed by Judge Henry H. Kennedy, Jr., on July 14, 2006. (FL, ) (Entered: 07/17/2006) |
| 09/22/2006 | 7 | Amended ANSWER to Complaint by WARD ONSA, WARD ONSA & COMPANY, DENISE ONSA. Related document: 1 Complaint filed by RONALD K. HENRY,, CONSTANCE B. HENRY,.(lc, ) (Entered: 09/25/2006) |
| 11/06/2006 | 8 | MOTION Request for Telephone Conference Regarding Discovery Disputes and Revision of Scheduling Order by RONALD K. HENRY, CONSTANCE B. HENRY. (Heylman, Paul) (Entered: 11/06/2006) |
| 11/14/2006 | | Minute order denying 8 plaintiffs' request for telephone conference regarding discovery disputes and revision of scheduling order. Signed by Judge Henry H. Kennedy, Jr., on November 14, 2006. Official paperless order (FL, ) (Entered: 11/14/2006) |
| 11/17/2006 | 9 | MOTION for Summary Judgment *Plaintiffs' Motion for Partial Judgment on the Pleadings* by RONALD K. HENRY, CONSTANCE B. HENRY. (Attachments: # 1 Memorandum in support# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Text of Proposed Order)(Heylman, Paul) Modified on 11/20/2006 (lc, ). (Entered: 11/17/2006) |
| 11/21/2006 | 10 | Order re 9 advising plaintiff to respond or court may deem matter as conceded. Response due by December 15, 2006. Signed by Judge Henry H. Kennedy, Jr., on November 21, 2006. (FL, ) (Entered: 11/21/2006) |
| 12/15/2006 | 11 | Memorandum in opposition to re 9 MOTION for Summary Judgment *Plaintiffs' Motion for Partial Judgment on the Pleadings* filed by WARD ONSA, WARD ONSA & COMPANY, DENISE ONSA. (lc, ) (Entered: 12/18/2006) |
| 12/21/2006 | 12 | ENTERED IN ERROR.....REPLY to opposition to motion re 9 MOTION for Summary Judgment *Plaintiffs' Motion for Partial Judgment on the Pleadings* filed by RONALD K. HENRY, CONSTANCE B. HENRY. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Heylman, Paul) Modified on 12/22/2006 (nmw, ). (Entered: 12/21/2006) |
| 12/22/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. 12 was entered in error and counsel was instructed to refile said pleading. (nmw, ) (Entered: 12/22/2006) |

| | | |
|---|---|---|
| 12/22/2006 | 13 | REPLY to opposition to motion re 9 MOTION for Summary Judgment *Plaintiffs' Motion for Partial Judgment on the Pleadings* filed by RONALD K. HENRY, CONSTANCE B. HENRY. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Heylman, Paul) (Entered: 12/22/2006) |
| 01/29/2007 | 14 | NOTICE of Appearance by Christopher G. Hoge on behalf of RONALD K. HENRY, CONSTANCE B. HENRY (Hoge, Christopher) (Entered: 01/29/2007) |
| 03/30/2007 | | NOTICE: The court will hear oral argument on plaintiff's motion for partial summary judgment on 4/6/07 @ 9:45AM. Parties will have 10 minutes per side for oral argument.(tj) (Entered: 03/30/2007) |
| 04/04/2007 | 15 | NOTICE of Appearance by Ronald K. Henry on behalf of RONALD K. HENRY, CONSTANCE B. HENRY (Henry, Ronald) (Entered: 04/04/2007) |
| 04/06/2007 | | Minute Entry for proceedings held before Judge Henry H. Kennedy : Motion Hearing held on 4/6/2007 re 9 *Plaintiffs' Motion for Partial Judgment on the Pleadings*. Oral Argument held and ruling reserved. The following deadlines are now set: Discovery to be completed by 7/1/2007; Dispositive motions shall be filed by 8/1/2007. If the court grants the dispositve motion before the next status conference, the conference will not go forward. Status conference is set for 9/28/2007 @ 09:45 AM in Courtroom 27A before Judge Henry H. Kennedy. (Court Reporter Annie Shaw.) (tj ) (Entered: 04/06/2007) |
| 04/09/2007 | 16 | Scheduling Order: Status conference set for September 28, 2007, 9:45 a.m., in Courtroom 27A, before Judge Henry H. Kennedy, Jr. Signed by Judge Henry H. Kennedy, Jr., on April 9, 2007. (FL, ) (Entered: 04/09/2007) |
| 05/03/2007 | 17 | ENTERED IN ERROR.....INTERROGATORIES Propounded to Defendants by RONALD K. HENRY.(Hoge, Christopher) Modified on 5/4/2007 (lc, ). (Entered: 05/03/2007) |
| 05/04/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: re 17 Interrogatories Propounded was entered in error because pursuant to Local Rule 5.2, discovery shall not be filed with the Court until they are used in the proceeding or upon order of the Court. (lc, ) (Entered: 05/04/2007) |
| 06/15/2007 | 18 | MOTION to Compel by RONALD K. HENRY, CONSTANCE B. HENRY (Attachments: # 1 Text of Proposed Order # 2 Exhibits 1 - 4# 3 Exhibits 5 - 7)(Hoge, Christopher) Modified on 6/18/2007 (lc, ). (Entered: 06/15/2007) |
| 06/18/2007 | 19 | Memorandum Opinion and Order granting 7 and denying 9 . Signed by Judge Henry H. Kennedy, Jr., on June 18, 2007. (FL, ) (Entered: 06/18/2007) |
| 06/19/2007 | 20 | Order of Reference 18 to United States Magistrate Judge Deborah A. Robinson. Signed by Judge Henry H. Kennedy, Jr., on June 19, 2007. |

| | | |
|---|---|---|
| | | (FL, ) (Entered: 06/19/2007) |
| 06/19/2007 | | MOTIONS 18 MOTION to Compel REFERRED to Judge Magistrate Judge Robinson. (jeb, ) (Entered: 06/21/2007) |
| 06/19/2007 | | CASE REFERRED to Magistrate Judge Deborah A. Robinson for Motion to Compel 18 . (jeb, ) (Entered: 06/25/2007) |
| 07/13/2007 | | Set/Reset Hearings: Motion Hearing set for 7/17/2007 03:30 PM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (CM) (Entered: 07/13/2007) |
| 07/17/2007 | | Minute Entry. Proceedings held before Magistrate Judge Deborah A. Robinson : Status Conference held on 7/17/2007. Motion Hearing set for 7/24/2007 at 03:30 PM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (Court Reporter Pro-tyists.) (lm ) (Entered: 07/18/2007) |
| 07/24/2007 | | Minute Entry. Proceedings held before Magistrate Judge Deborah A. Robinson : Hearing on Plaintiffs' Motion to Compel Discovery conducted; motion granted for reasons set forth on the record; Defendants shall serve complete responses, without objections to Plaintiffs' written discovery requests no later than August 6, 2007; discovery shall conclude on August 31, 2007; Defendants shall pay Rule 37 sanctions in accordance with the court's ruling from the bench no later than August 31, 2007; dispositive motions are due no later than October 1, 2007. (Court Reporter Pro-typists.) (lm ) (Entered: 08/01/2007) |
| 08/10/2007 | 21 | MOTION for Sanctions by RONALD K. HENRY, CONSTANCE B. HENRY (Attachments: # 1 Text of Proposed Order # 2 Exhibit A - F) (Hoge, Christopher) (Entered: 08/10/2007) |
| 08/14/2007 | 22 | Order of Reference 21 to United States Magistrate Judge Deborah A. Robinson. Signed by Judge Henry H. Kennedy, Jr., on August 14, 2007. (FL, ) (Entered: 08/14/2007) |
| 08/14/2007 | | CASE REFERRED to Magistrate Judge Deborah A. Robinson for 21 motion for sanctions (jeb, ) (Entered: 08/16/2007) |
| 09/04/2007 | 23 | Supplemental MOTION for Sanctions by RONALD K. HENRY, CONSTANCE B. HENRY (Hoge, Christopher) (Entered: 09/04/2007) |
| 09/05/2007 | | Set Hearing: Hearing on Motion 23 Supplemental Motion for Sanctions set for Wednesday, 9/26/2007 @ 02:00 PM in Courtroom 4-2nd Floor, E. Barrett Prettyman Building before Magistrate Judge Deborah A. Robinson. (EW) (Entered: 09/05/2007) |
| 09/13/2007 | 24 | MOTION for Extension of Time to File Response/Reply as to 23 Supplemental MOTION for Sanctions by WARD ONSA, WARD ONSA & COMPANY, DENISE ONSA (lc, ) (Entered: 09/14/2007) |
| 09/19/2007 | 25 | Memorandum in opposition to re 24 MOTION for Extension of Time to File Response/Reply as to 23 Supplemental MOTION for Sanctions filed by RONALD K. HENRY, CONSTANCE B. HENRY. (Attachments: # 1 Exhibit A)(Hoge, Christopher) (Entered: 09/19/2007) |

| | | |
|---|---|---|
| 09/24/2007 | | MINUTE ORDER by Magistrate Judge Deborah A. Robinson on 9/24/07 Granting Defendants motion 24 for extension of time to respond ; no later than October 1, 2007, Defendants, or any counsel who has entered an appearance on their behalf in accordance with the Local Rules of this Court, shall file Defendants opposition to Plaintiffs Motion for Sanctions (Document Nos. 21, 23); the hearing on Plaintiffs Motion on Sanctions is continued to October 12, 2007 at 3:00 p.m. in Courtroom 4. (EW) (Entered: 09/24/2007) |
| 09/24/2007 | | Set/Reset Hearing: Hearing on Motion for Sanctions (Documents #21 & 23) set for Friday, 10/12/2007 @ 03:00 PM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (EW) (Entered: 09/24/2007) |
| 09/26/2007 | | Reset Hearings: Status Conference currently scheduled for Friday, September 28, 2007 is canceled and rescheduled for Thursday, October 25, 2007 @ 10:30 AM in Courtroom 27A before Judge Henry H. Kennedy. (tj ) (Entered: 09/26/2007) |
| 09/28/2007 | 26 | Memorandum in opposition to re 23 Supplemental MOTION for Sanctions filed by WARD ONSA, WARD ONSA & COMPANY, DENISE ONSA. (Attachments: # 1 Exhibit)(lc, ) (Entered: 10/01/2007) |
| 10/10/2007 | 27 | ENTERED IN ERROR.....REPLY *To Defendant's Response In Opposition To Plaintiff's Supplemental Motion for Sanctions* filed by RONALD K. HENRY, CONSTANCE B. HENRY. (Attachments: # 1 Exhibit 1-5# 2 Exhibit 6# 3 Exhibit 7)(Hoge, Christopher) Modified on 10/11/2007 (lc, ). (Entered: 10/10/2007) |
| 10/10/2007 | 28 | REPLY to opposition to motion re 23 Supplemental MOTION for Sanctions filed by RONALD K. HENRY, CONSTANCE B. HENRY. (Attachments: # 1 Exhibit 1-5# 2 Exhibit 6# 3 Exhibit 7)(lc, ) (Entered: 10/11/2007) |
| 10/11/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: re 27 Reply to Document, was entered in error and has been refiled correctly by the Court in docket entry 28 . (lc, ) (Entered: 10/11/2007) |
| 10/12/2007 | | Minute Entry. Proceedings held before Magistrate Judge Deborah A. Robinson : Motion Hearing held on 10/12/2007 re 21 MOTION for Sanctions filed by RONALD K. HENRY, CONSTANCE B. HENRY, and 23 Supplemental MOTION for Sanctions filed by RONALD K. HENRY, CONSTANCE B. HENRY. Court Grants both motions for reasons set forth on the record. No later than Friday, October 19, 2007, Defendants are ORDERED to pay Plaintiffs' costs, including reasonable attorney's fees, of moving for further relief with respect to the conduct of discovery. The court has taken under advisement the additional sanctions requested by Plaintiffs. (Court Reporter Pro-typists.) (lm, ) (Entered: 10/16/2007) |
| 10/19/2007 | 29 | SUPPLEMENTAL MEMORANDUM to *Regarding Sanctions* filed by RONALD K. HENRY, CONSTANCE B. HENRY. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Hoge, Christopher) (Entered: 10/19/2007) |

| 10/24/2007 | 30 | STATUS REPORT by RONALD K. HENRY, CONSTANCE B. HENRY. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Hoge, Christopher) (Entered: 10/24/2007) |
| --- | --- | --- |
| 10/25/2007 | | Minute Entry for proceedings held before Judge Henry H. Kennedy : Status Conference held on 10/25/2007. Parties to submit a joint pretrial order. Next status conference is set for 2/29/2008 @ 09:45 AM in Courtroom 6 before Judge Henry H. Kennedy. Pretrial Conference set for 5/29/2008 @ 09:45 AM in Courtroom 27A before Judge Henry H. Kennedy. Jury Selection and Trial is set for 6/9/2008 @ 09:45 AM in Courtroom 27A before Judge Henry H. Kennedy.(Court Reporter Santa Zizzo.) (tj ) (Entered: 10/25/2007) |
| 10/29/2007 | 31 | Pretrial Statement Order. Signed by Judge Henry H. Kennedy, Jr., on October 29, 2007. (FL, ) (Entered: 10/29/2007) |
| 10/29/2007 | | Reset Deadlines: Pretrial Order due by 4/10/2008. (tj ) (Entered: 10/29/2007) |
| 12/20/2007 | 32 | TRANSCRIPT of Proceedings held on October 12, 2007 Hearing on Motions before Judge Deborah A. Robinson. Court Reporter: Pro-Typists, Inc.. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m, Monday through Friday. (tg, ) (Entered: 12/21/2007) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 02/06/2008 16:51:36 | | | |
| PACER Login: | ch1308 | Client Code: | rhenry |
| Description: | Docket Report | Search Criteria: | 1:05-cv-02406-HHK-DAR |
| Billable Pages: | 5 | Cost: | 0.40 |