24576
JR



1

1   UNITED STATES DISTRICT COURT

2   FOR THE DISTRICT OF COLUMBIA

3

4   - - - - - - - - - - - - - - - - - - - - - - x

5   RONALD K. HENRY, et ux.,         :

6        Plaintiffs,                 :    Civil Action Number

7   vs.                              :    05-02406 (HHK)

8   WARD ONSA, et al.,               :

9        Defendants.                 :

10  - - - - - - - - - - - - - - - - - - - - - - x

11

12

13              DEPOSITION OF WARD ONSA

14

15                    Washington, D.C.

16                    Wednesday, August 22, 2007

17

18  REPORTED BY:

19       JULIE T. RICHER, RPR

20

21

22

27

1  Exchange?
2      A   Yes.
3      Q   And after 9/11 you mostly traded the S&P
4  500 Index through the Chicago exchange?
5      A   Correct.
6      Q   What other types of investments did you
7  do?
8      A   They were the only two investments that I
9  did.
10     Q   After you moved -- first of all you said
11 the money was received into the Mellon or Citizen's
12 account. You then used the money to buy stocks in
13 your name. When you got money from selling a call,
14 where did that money go?
15     A   It resided in the account.
16     Q   Went back to the same Citizen's account?
17     A   No. It resided in the actual trading
18 account.
19     Q   Straying in the trading account at the
20 NYSE?
21     A   The only thing the Citizen's account did
22 was a vehicle to take checks and send checks.

1   Q   So you kept the gains from your trades at
2   the stock exchange?
3   A   Yeah. All trades, all cumulative trades
4   stayed there.
5   Q   And all of that was in the name Ward Onsa?
6   A   Yes.
7   Q   Did you invest any of your own money also?
8   A   Well, when I started, I had very little
9   money, and most of my money sustained my lifestyle.
10  And I had a profit-sharing arrangement with my
11  clients, and I never knew if I was going to achieve
12  that profit-sharing arrangement.
13  Q   So what happened to your share of the
14  profits? Did you reinvest that?
15  A   Well, I never realized them, and they were
16  unrealized gain that became essentially that, an
17  unrealized gain. I was building the business and
18  building the assets of the business. And after I
19  would have satisfied my projections to people, I
20  would have received a lump sum, so I did not draw
21  money from the account. I left my potential share
22  of it in the account.

1   Q   So your share of the gains stayed in the
2   stock exchange account?
3   A   Right.
4   Q   Was there only one account at the New York
5   Stock Exchange?
6   A   One account, Ward Onsa.
7   Q   Okay. What was the number of that
8   account?
9   A   I don't know. It was a nine-digit number.
10  I don't know.
11  Q   And you had another account at the Chicago
12  exchange?
13  A   Well, what happened was when they blew up
14  the towers, everyone instantly began to trade in
15  Chicago. So the one account just traded the
16  Chicago, because during that mayhem everyone
17  switched to the Chicago markets because the New York
18  markets were in complete disarray.
19  Q   So you used the same account number for
20  the Chicago transactions?
21  A   New York didn't exist. The building that
22  it was in wasn't there anymore.