```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - -x
                                :
In the Matter of:               :
                                :
RONALD K. HENRY, et al.,        :
                                :
     Plaintiffs,                :
                                :
     vs.                        :   Civil Action No. 05-2406
                                :
WARD ONSA, WARD ONSA & COMPANY, :
  and DENISE ONSA,              :
                                :
     Defendants.                :
                                :   Washington, D.C.
- - - - - - - - - - - - - - - -x   October 12, 2007


              TRANSCRIPT OF HEARING ON MOTIONS
          BEFORE THE HONORABLE DEBORAH A. ROBINSON
                UNITED STATES MAGISTRATE JUDGE



APPEARANCES:

For the Plaintiffs:       CHRISTOPHER G. HOGE, ESQ.

For the Defendants:       WARD ONSA, pro se
                          DENISE ONSA, pro se
```

Proceedings recorded by the Court, transcript produced by Pro-Typists, Inc., 1012-14th Street, N.W., Suite 307, Washington, D.C. 20005, 202-347-5395, www.pro-typists.com
M2090V/bf

```
 1              THE MAGISTRATE JUDGE:  A portion of the Court's
 2   order of July 24th, of course, directed that the depositions
 3   be completed, and you have conceded that you did not return
 4   for the completion of your deposition.  What discovery
 5   responses, if any, did you serve by August 6, 2007?
 6              MR. ONSA:  I'm going to defer to Denise Onsa on
 7   that question if I may.
 8              THE MAGISTRATE JUDGE:  Does that mean that you are
 9   unable to state now that you have served any responses to
10   the discovery request?  My order, of course, was that you
11   do so by August 6.
12              MS. ONSA:  Am I allowed --
13              THE MAGISTRATE JUDGE:  I can only hear from one of
14   you at a time.  Is it correct --
15              MR. ONSA:  Then I'll --
16              THE MAGISTRATE JUDGE:  -- then, Mr. Onsa, that you
17   are not able to represent now that you served any documents
18   by August 6?
19              MR. ONSA:  Yes, Your Honor.  That --
20              THE MAGISTRATE JUDGE:  Have you paid the attorneys
21   fees that the Court ordered paid by August 31st?
22              MR. ONSA:  No, Your Honor.  No.  And when I was
23   at the deposition I was attempting to receive legal
24   representation to go forward, and we found out that legal
25   representation was beyond our means, and that's why we're
```

```
 1            MR. ONSA:  We went to Florida.  We went to
 2   Florida -
 3            THE MAGISTRATE JUDGE:  And did you come back on
 4   Monday?
 5            MR. ONSA:  No.  No, Your Honor, I did not.
 6            THE MAGISTRATE JUDGE:  Very well, you may
 7   continue.
 8            MR. ONSA:  In terms of the point that Mr. Hoge
 9   made concerning the information he received from the bank
10   account, the question which Mr. Henry asked me during the
11   deposition which they have underlined which he quoted for
12   you, which is not in front of me, I believe I was answering
13   a question about non-realized profits.  We were having a
14   discussion about how profits hadn't been realized, and he
15   said, "Well, did you take any of the profits?" and I was
16   making reference to, "No, if I satisfy my demands to my
17   clients, then I'm supposed to receive a lump sum."  I have
18   never stated that I did not receive a salary for controlling
19   Mr. Henry as well as other people's money.  My wife was a
20   stay-at-home mother, and --
21            THE MAGISTRATE JUDGE:  I'm going to interrupt you
22   again, Mr. Onsa.  The focus of this hearing is not with
23   respect to the claims or defenses, but with respect to the
24   conduct of discovery.
25            MR. ONSA:  Yes, Your Honor.  Okay.  Then I will --
```

1  I asked if I could have a copy of it and they told me it
2  would cost me money.  And funds are an issue right now, so I
3  did not request my own copy because they told me it would
4  cost $150.00 or something, and we didn't have $150.00 for a
5  copy of the deposition, which only took place for an hour
6  and then was stopped and then we went to lunch.
7         I'm speaking from memory --
8         THE MAGISTRATE JUDGE:  Do you concede, then, that
9  you did not return for the completion of your deposition or
10 make arrangements for the completion of your deposition?
11        MR. ONSA:  I'm going to defer that answer to my
12 wife, because I think she has a little bit more accurate
13 timetable, and if the Court would allow I'd like her to
14 answer that specific question unless you want me to attempt
15 an answer.
16        THE MAGISTRATE JUDGE:  No, you may -- you may
17 continue.
18        MR. ONSA:  Okay.  I'll attempt to answer it, if
19 you don't find it accurate.
20        When we left, I felt that we were exploring
21 settlement.  We told the gentlemen we were flying back to
22 Florida.  They said if settlement discussions didn't begin,
23 we should come back to Washington on Monday.  We left under
24 the impression --
25        THE MAGISTRATE JUDGE:  And did you do that?