

Ward Onsa
910 Sycamore Court
Marco Island, FL 34145

February 26, 2008

**Via FED EX**
Ronald K. Henry
Kaye Scholer, LLP
The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327

Re: *Henry v. Onsa*

Dear Ron:

Enclosed are copies of all checks that were remitted to you over the term of your investment, totaling $1,090,000.00

Today, February 26, 2008, we offer this settlement. ▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆ I'm sure I will see you on Friday, February 29, 2008.

*SETTLEMENT DISCUSSION OMITTED*

Sincerely,

Ward Onsa

WARD ONSA AND CO.

1263

3-3/310

PAY TO THE ORDER OF _Ronald Henry_

$ 30,000.00

_Thirty thousand and XX/100_ DOLLARS

BFB058 92 025227   0948 060601 39
OR LINE PMT      3560650410      $30000.00
CHECK

Mellon PSFS®
Mellon Bank, N.A.
Philadelphia, PA

FOR _____

_Ward Onsa_

⑈00⑆263⑈ ⑆03⑆0000⑆7⑈  2⑈⑆⑆4 627⑈   ⑈0003000000⑈

1267

**WARD ONSA AND CO.**

3-3/310 255

PAY TO THE ORDER OF _Ronald Henry_                              $ _30,000.00_

_Thirty Thousand and_                    xx/100                    DOLLARS

**Mellon PSFS®**
Mellon Bank, N.A.
Philadelphia, PA

_Ward Onsa_                    MP

FOR _____

⑈001267⑈ ⑈031000037⑈ 2⑈114 627⑈ ⑈0003000000⑈

WARD ONSA AND CO.

1272

8-3/310 255

PAY
TO THE
ORDER OF    Ronald Heary                                    $ 30,000.00

Thirty thousand and    xx/100                              DOLLARS

Mellon PSFS®
Mellon Bank, N.A.
Philadelphia, PA

FOR_____    Ward Onsa    MP

⑈001272⑈ ⑈031000037⑈ 2⑈114 627⑈    ⑈0003000000⑈

1277

WARD ONSA AND CO.

PAY
TO THE
ORDER OF  Ronald Heary                                    $ 30,000.00

Thirty thousand    and    00/100                      DOLLARS

Mellon PSFS®
Mellon Bank, N.A.
Philadelphia, PA

FOR _____                    Ward Onsa

⑈001277⑈ ⑊031000037⑊ 2⑈114 627⑈        ⑈0003000000⑈

For Deposit Only

1285

WARD ONSA AND CO.

3-3/255
310

PAY
TO THE
ORDER OF  Ronald Heany                                    $ 30,000.00

Thirty  thousand  and  xx/100                          DOLLARS

**Mellon PSFS®**
Mellon Bank, N.A.
Philadelphia, PA.

FOR _____                Ward Onsa

⑈00⑈285⑈ ⑊03⑈000037⑊ 2⑈⑈4 627⑈ ⑊000300000⑈

1291

WARD ONSA AND CO.

3-3/310 255

PAY
TO THE
ORDER OF  Ronald Heary                                            $30,000.00

Thirty thousand and XX/100                                      DOLLARS

Mellon PSFS®
Mellon Bank, N.A.
Philadelphia, PA

FOR _____          Ward Onsa

⑆0012910⑆ ⑇031000037⑇ 2⑆114 627⑆          ⑆0003000000⑇

1293

**WARD ONSA AND CO.**

3-3/310

PAY.
TO THE
ORDER OF _Ronald Henry_                                        $ 30,000.00

_Thirty thousand and xx/00_ ———————                        DOLLARS

**Mellon PSFS®**
Mellon Bank, N.A.
Philadelphia, PA

FOR _____            _Ward Onsa_

⑈0012930⑈ ⑈031000037⑈ 2⑈114 627⑈        ⑈0003000000⑈

1296

WARD ONSA AND CO.

3-3
310 255

7-1    2002

PAY
TO THE
ORDER OF     Ronald  Henry                                        $ 30,000.00

Thirty  thousand  and  x/100                          DOLLARS

///  Mellon PSFS®
Mellon Bank, N.A.
Philadelphia, PA

FOR _____                    Ward Onsa                    NO

⑆001296⑆ ⑆031000037⑆ 2⑈114  627⑈  ⑆0003000000⑆

1302

WARD ONSA AND CO.

2-1    2001

3-3/310 255

PAY TO THE ORDER OF  Ronald Henry                                    $ 100,000.00

One hundred thousand   and   xx/100 —————                    DOLLARS

Mellon PSFS®
Mellon Bank, N.A.
Philadelphia, PA

Ward Onsa

FOR _____

⑈00 130 2⑈  ⑆03 1000037⑆  2⑈114  627⑈      ⑈00 10000000⑈

1305

WARD ONSA AND CO.

3-1    20__

PAY
TO THE
ORDER OF    Ronald Henry    $ 30,000.00

Thirty  thousand  and  xx/100 _____    DOLLARS

**Mellon PSFS®**
Mellon Bank, N.A.
Philadelphia, PA

FROM
FOR  Sole Account For 1316/Trans/Marital Debts, etc    Ward Onsa    HP

⑈0013050⑈ ⑈031000037⑈    2⑈114 627⑈    ⑈0003000000⑈

1306

**WARD ONSA AND CO.**

3-1 2002

3-3/310 65

PAY
TO THE
ORDER OF  Ronald Hilary                                    $ 70,000.00

Seventy thousand and xx/100 ————————— DOLLARS

**Mellon PSFS®**
Mellon Bank, N.A.
Philadelphia, PA.

FOR Joint Account / Connie's Advance          Ward Onsa

⑈001306⑈ ⑆031000037⑆ 2⑈114 627⑈          ⑈000700000⑈

WARD ONSA AND CO.

1311

3-3/310 255

PAY TO THE ORDER OF _Ronald Henry_____ $ 30,000.00

_Thirty thousand and xx/100_ _____ DOLLARS

**Mellon PSFS®**
Mellon Bank, N.A.
Philadelphia, PA

FOR _____    _Ward Onsa_

⑈001311⑈ ⑆031000037⑆ 2⑈114 627⑈    ⑈0003000000⑈

1312

WARD ONSA AND CO.

3-3
310 255

4-1 20(?)

PAY
TO THE
ORDER OF _Ronald Henry_____ $ 70,000.00

_Seventy thousand      and     xx/100 ———_____ DOLLARS

Mellon PSFS®
Mellon Bank, N.A.
Philadelphia, PA

Ward Onsa                MP

FOR _____

⑈001312⑈ ⑆031000037⑆ 2⑈114 627⑈        ⑆000700000⑈

1318

WARD ONSA AND CO.

3-3/310 255

4-30 2002

PAY TO THE ORDER OF  Ronald Henry                                    $ 30,000.00

Thirty thousand and 00/100 ———————————— DOLLARS

Mellon PSFS®
Mellon Bank, N.A.
Philadelphia, PA.

Ward Onsa

FOR _____

⑈001318⑈ ⑆031000037⑆ 2⑈114 627⑈ ⑈00030000000⑈

1319

WARD ONSA AND CO.

3-3/310  2002

PAY TO THE ORDER OF Ronald Henry                              $ 70,000.00

Seventy thousand and xx/100 —                              DOLLARS

Mellon PSFS®
Mellon Bank, N.A.
Philadelphia, PA

Ward Onsa

FOR _____

⑆001319⑆ ⑈031000037⑈ 2⑈414 627⑈ ⑆000 7000000⑆

WARD ONSA AND CO.

1325

3-3/310 255

6-1    2002

PAY TO THE ORDER OF   Ronald Henry                          $ 30,000.00

Thirty thousand and x5/100                          DOLLARS

Mellon PSFS®
Mellon Bank, N.A.
Philadelphia, PA

FOR _____    Ward Onsa

⑈0013250⑈ ⑊031000037⑊ 2⑈114 627⑈    ⑈0003000000⑈

For Deposit

1326

WARD ONSA AND CO.

6-1  2002

3-3/310 255

PAY TO THE ORDER OF   Ronald Henry                                    $ 70,000.00

Seventy thousand and xx/100                              DOLLARS

Mellon PSFS®
Mellon Bank, N.A.
Philadelphia, PA

Ward Onsa                    MP

FOR

�串0013260⑚ ⑆031000037⑆ 2⑚114 627⑚ ⑆000 7000000⑆

1335

**WARD ONSA AND CO.**

9-1  2002

$ 3~~0,~~000.~~00~~

PAY TO THE ORDER OF  Ronald Heary

Thirty  thousand  and  xx/100 ——————————— DOLLARS

**Mellon PSFS®**
Mellon Bank, N.A.
Philadelphia, PA.

Ward Onsa

FOR _____

⑈00⑈1335⑈ ⑉031000037⑈ 2⑈114 627⑈ ⑈000 3000000⑈

1336

WARD ONSA AND CO.

3-3/310-55

7-1          Nov 2

PAY
TO THE
ORDER OF   Ronald Henry                                          $ 70,000.00

Seventy  thousand   and   xx/100                                 DOLLARS

*Mellon PSFS*
Mellon Bank, N.A.
Philadelphia, PA

Ward Onsa                MP

FOR

⑆001336⑆ ⑆031000037⑆  2⑆114 627⑆        ⑇000700000⑈

1349

**WARD ONSA AND CO.**

8-1    2002

$\frac{3-3}{310}$255

PAY
TO THE
ORDER OF    Ronald Henry                                    $ 70,000.00

Seventy thousand   and   xx/100                              DOLLARS

**Mellon PSFS®**
Mellon Bank, N.A.
Philadelphia, PA

Ward Onsa

FOR _____

⑈001349⑈ ⑆031000037⑆ 2⑈114 627⑈

WARD ONSA AND CO.

1350

3-3/310 355

PAY TO THE ORDER OF _Ronald Henry_____ $30,000.00

_Thirty thousand and 00/100_____ DOLLARS

**Mellon PSFS®**
Mellon Bank, N.A.
Philadelphia, PA

_Ward Onsa_

FOR _____

⑈001350⑈ ⑆031000037⑆ 2⑈114 627⑈

WARD ONSA AND CO.

5003

3-7815/360
397

DATE  9-1-02

PAY TO THE ORDER OF  Ronald Henry                                    $ 30,000.00

Thirty thousand and         xx/100                          DOLLARS

CITIZENS BANK
Pennsylvania

Ward Onsa

FOR

⑈"005003"⑈  ⑆036076150⑆  6101466918"  ⑈"0003000000"⑈

WARD ONSA AND CO.

5008

3-7615/360
337

DATE  10-1-02

PAY TO THE ORDER OF  Ronald Henry                                        $ 30,000.00

Thirty  thousand  and  N/100                                        DOLLARS

CITIZENS BANK
Pennsylvania

FOR _____

Ward Onsa

⑈"005008"⑈  ⑈03607615⑈:  6101466918"⑈                    ⑈0003000000⑈

**WARD ONSA AND CO.**

5021

3-7615/360
397

010467   DATE // 23 020 7320

PAY
TO THE
ORDER OF   Ronald Henry   260485605 170 3510 4022   $ 30 000.00

Thirty thousand and */100                                  DOLLARS

**CITIZENS BANK**
Pennsylvania

FOR _____   Ward Onsa

⑈005021⑈ ⑆036076150⑈ 6101466918⑈           ⑈0003000000⑈

FOR DEPOSIT ONLY
RONALD K. HENRY

**WARD ONSA AND CO.**

5075

3-7615/360
397

DATE  6-23-03

PAY TO THE ORDER OF  Ronald Henry                                   $ 25,000.00

Twenty-five thousand  and  XX/100                              DOLLARS

**CITIZENS BANK**
Pennsylvania

FOR _____

Ward Onsa

⑆005075⑆ ⑆036076150⑆ 6104669188⑆ ⑆0002500000⑆

WARD ONSA AND CO.

5077

3-7616/360
397

DATE 6-23-03

PAY TO THE ORDER OF Ronald Henry

$ 10,000.00

Ten Thousand and xx/100 DOLLARS

CITIZENS BANK
Pennsylvania

FOR _____

Ward Onsa

⑈005077⑈ ⑊036076150⑊ 6⑊0⑊4669⑊8⑈ ⑈0001000000⑈

FOR DEPOSIT ONLY
RONALD K. HENRY

FOR DEPOSIT ONLY
RONALD K. HENRY

FOR DEPOSIT ONLY
RONALD K. HENRY

FOR DEPOSIT ONLY
RONALD K. HENRY

WARD ONSA AND CO.

5089

3-7615/360
397

DATE 7-28-03

PAY TO THE ORDER OF Ronald Henry

$ 25,000.00

Twenty-five thousand and XX/100 _____ DOLLARS

CITIZENS BANK
Pennsylvania

FOR _____

Ward Onsa

⑈005089⑈ ⑆036076150⑆ 6101466918⑈      ⑈0002500000⑈

FOR DEPOSIT ONLY
RONALD K. HENRY

1

1        UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLUMBIA

3     ------------------------------X

4     RONALD K. HENRY, et al,            Civil Action No. 05-2406

5              Plaintiff

6          v.

7     WARD ONSA, et al,

8              Defendant,

9     ------------------------------X    Washington, D.C.
                                          Friday, July 7, 2006
10                                        2:45 P.M.

11          TRANSCRIPT OF INITIAL STATUS CONFERENCE
          BEFORE THE HONORABLE HENRY H. KENNEDY, JR.
12               UNITED STATES DISTRICT JUDGE

13    APPEARANCES:

14    For the Plaintiff:    PAUL M. HEYLMAN, ESQUIRE
                            SCHMELTZER APTAKER & SHEPARD, PC
15                          The Watergate
                            2600 Virginia Ave., N.W. Suite 1000
16                          Washington, D.C.  20037-1905
                            (202) 333-8800
17

18    For the Defendant:    MR. WARD ONSA
                            Pro se
19

20

21    Court Reporter:       ANNIE R. SHAW, RPR
                            U.S. District Courthouse
22                          Room 6820
                            Washington, D.C.  20001
23                          (202) 289-9002

24    Proceedings recorded by mechanical stenography, transcript
      produced by computer.

25

7

1   a reason for lawyers.  I think it's always best, if at all

2   possible, for a person who is involved in litigation to be

3   represented by a lawyer.

4          MISS ONSA:  I understand that, Your Honor, if I may

5   speak.

6          THE COURT:  But I did hear you when you said that you

7   simply cannot afford a lawyer to represent your interests.

8   There are people who represent themselves, some of whom would

9   choose to represent themselves even if they can afford to hire

10  a lawyer, and despite my suggestion that that's not such a good

11  idea.

12         But in any event, what one must do who represents

13  himself or herself, whether because he or she chooses to do so

14  or because he or she can't afford to retain an attorney, must

15  follow the rules.

16         And there are rules that are set forth in the -- in

17  various places.  And from here on out, I suggest that you make

18  it your business to find out what the rules are and comply with

19  them.  That's really all that I can think to tell you.  Because

20  a suit has been filed, filed properly, and we'll go forward to

21  a resolution of it, in accordance with the facts as they may be

22  revealed properly and the law that governors these disputes.

23         Now, under the circumstances what I'm going to do is

24  to file what is called a Scheduling Order.  That Scheduling

25  Order will be preceded by certain directives, that is certain

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - x
                                :
In the Matter of:               :
                                :
RONALD K. HENRY, et al.,        :
                                :
        Plaintiffs,             :
                                :
    vs.                         :   Civil Action No. 05-2406
                                :
WARD ONSA, WARD ONSA & COMPANY,:
  and DENISE ONSA,              :
                                :
        Defendants.             :
                                :   Washington, D.C.
- - - - - - - - - - - - - - x   July 24, 2007


        TRANSCRIPT OF HEARING ON MOTION
            TO COMPEL DISCOVERY
     BEFORE THE HONORABLE DEBORAH A. ROBINSON
        UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For the Plaintiffs:        CHRISTOPHER G. HOGE, ESQ.

For the Defendants:        WARD ONSA, pro se

Proceedings recorded by the Court, transcript produced by
Pro-Typists, Inc., 1012-14th Street, N.W., Suite 307,
Washington, D.C.  20005, 202-347-5395, www.pro-typists.com
M2144V/bf

1  attempt to convene the hearing since neither Mr. Onsa nor
2  Mrs. Onsa appeared when the matter was scheduled by this
3  Court approximately two weeks ago.
4          Not only has there been no written opposition to
5  the motion, but at no time since these discovery requests
6  were first served, nearly two years ago, long before the
7  matter was referred to this Court for resolution, did either
8  Defendant file any objections to the discovery requests,
9  communicate any objections to Plaintiffs' counsel by letter
10  or otherwise, or file any motion for a protective order.
11  The consequence of that, of course, is that the objections
12  are deemed waived at this point.
13          The Court will proceed as follows.
14          First, the Court will extend discovery through
15  August 31st, 2007.
16          Second, the Court will order that no later than
17  August 6 -- Monday, August 6, 2007 -- Plaintiffs serve
18  complete responses to the -- I'm sorry, Defendants serve
19  complete responses to the Plaintiffs' interrogatories and
20  other written discovery requests.  That is, requests for
21  production of documents and requests for admissions.  With
22  respect to the requests for production of documents, the
23  Defendants are not relieved from the obligation to serve
24  responsive documents by a representation that Plaintiffs may
25  have some of the documents already.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - x
                              :
In the Matter of:            :
                              :
RONALD K. HENRY, et al.,     :
                              :
        Plaintiffs,           :
                              :
        vs.                   :   Civil Action No. 05-2406
                              :
WARD ONSA, WARD ONSA & COMPANY, :
  and DENISE ONSA,           :
                              :
        Defendants.           :
                              :   Washington, D.C.
- - - - - - - - - - - - - - x   October 12, 2007


TRANSCRIPT OF HEARING ON MOTIONS
BEFORE THE HONORABLE DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For the Plaintiffs:        CHRISTOPHER G. HOGE, ESQ.

For the Defendants:        WARD ONSA, pro se
                           DENISE ONSA, pro se


Proceedings recorded by the Court, transcript produced by
Pro-Typists, Inc., 1012-14th Street, N.W., Suite 307,
Washington, D.C.  20005, 202-347-5395, www.pro-typists.com
M2090V/bf

1              THE MAGISTRATE JUDGE:  Thank you, Mr. Hoge.

2    Having very carefully considered the proffers and arguments

3    of counsel for Plaintiffs and of Defendants Mr. Ward Onsa

4    and Mrs. Denise Onsa, the Court will grant both the motion

5    for sanctions and the supplemental motion for sanctions.

6              As part of the relief the Court intends to order,

7    the Court will now order that Plaintiffs pay -- excuse me,

8    that Defendants pay Plaintiffs' additional costs of moving

9    again for relief for failure to comply with the Court's July

10   2006 order.  In other words, for again moving to compel

11   discovery.

12             The sanction will not be limited to an order

13   regarding the Plaintiffs' expenses, however, and the Court

14   will take under advisement the competing requests -- that

15   is, from the Plaintiffs' side, the entry or the award of a

16   sanction of default; from the Defendants' perspective, a

17   sanction limited to the one that I just imposed; that is,

18   an order requiring the payment of the additional fees.

19   Because I am aware that you have a status hearing scheduled

20   before the assigned District Judge, Judge Kennedy, on

21   October 25th, the Court intends to rule with respect to the

22   additional sanctions by that date.

23             I will order at this time that, no later than

24   October 19th, the sanctions that the Court ordered paid by

25   August 31st as well as the sanctions I have awarded today,



1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD K. HENRY &               .    Docket No. CA 05-2406
CONSTANCE B. HENRY,             .    Washington, D.C.
                                .    October 25, 2007
          Plaintiffs,           .    10:55 a.m.
                                .
     Vs.                        .
                                .
WARD ONSA, DENISE ONSA &        .
WARD ONSA & COMPANY,            .
                                .
          Defendants.           .
                                .
. . . . . . . . . . . . . .

              TRANSCRIPT OF STATUS CONFERENCE
      BEFORE THE HONORABLE HENRY H. KENNEDY, JR.,
              UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:        CHRISTOPHER G. HOGE, ESQUIRE
                           RONALD K. HENRY, ESQUIRE

For the Defendants:        MR. WARD ONSA
                           MS. DENISE ONSA
                           Pro Se

Court Reporter:            SANTA THERESA ZIZZO
                           (301) 972-2809

          Computer-Aided Transcription of Stenographic Notes

                    Pages 1-15

11

1    case, because you are a party separate and apart from Mr. Onsa.

2          Yes?

3          MS. ONSA:  Thank you for that clarification.  I

4    appreciate that.

5          Basically I think my husband can speak for me, but I

6    will speak for myself that I feel my involvement with this

7    primarily is directly telling me what it is, but I'm assuming

8    what it is, that I did sign a document in the event that my

9    husband -- well, in the event of his death, that I will live

10   within the assets that I had.  I really was not involved in my

11   husband's business.  I was a mother who stayed at home with her

12   children involved in various activities relating to that.  As

13   far as the business part of it is concerned, I really am not a

14   part of Mr. Onsa's business.

15         THE COURT:  All right.  This is what will happen here.

16   First, the Court is going to set this matter for trial today.

17   I understand that there is still discovery disputes

18   outstanding.  I understand that there is a motion for a default

19   in this case.  If that is granted, then of course there will

20   not be a trial.  But I think that it would do everyone a lot of

21   good if a trial is scheduled today so that you have a trial

22   date and a pretrial date, so that when and if there is further

23   discussion regarding discovery, what is or is not done, the

24   consequences for it not taking place will have some -- well,

25   the setting of a trial date simply is something that is very

12

1   significant in the law.

2          Mr. and Ms. Onsa, perhaps I have said this to Mr. Onsa

3   before, there is no question in my mind that your interests

4   will be better served by your being represented by a lawyer.

5   There's just no question in my mind about that.  I have no -- I

6   do not have any information regarding your ability to retain a

7   lawyer, I'm not going to inquire, but that is something that I

8   would say to you.  If you either are not able to acquire a

9   lawyer or you choose not to, then you will do what you're doing

10  now, and that is to represent yourself.  And as Mr. Ward Onsa

11  has alluded to, a person who represents himself simply must

12  comply with the rules for certain civil litigation in this

13  Court.

14         I might -- I will make this observation, and it is

15  this, that clearly the Court has before it litigants who are

16  educated people.  I use that archaic characterization because I

17  think that is best, although archaic conveys what I wish to

18  convey which is that Mr. Ward Onsa in particular is a person

19  who is unlike other litigants in this Court.  So I just will

20  make this statement that -- I say that, yes, ignorance of the

21  law is no excuse, and a pro se litigant will simply have to do

22  whatever it takes, and perhaps that means devoting more effort

23  to knowing what is expected of him or her than others who are

24  not trained in the law.

25         So, Mr. Hoge, as I said, I'm going to set this case



| | DCD_ECFNotice@dcd.uscourts.gov | To | DCD_ECFNotice@dcd.uscourts.gov |
|---|---|---|---|
| | 02/27/2008 05:16 PM | cc | |
| | | bcc | |
| | | Subject | Activity in Case 1:05-cv-02406-HHK-DAR HENRY et al v. ONSA et al Memorandum & Opinion |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

## U.S. District Court

## District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 2/27/2008 at 5:16 PM EDT and filed on 2/27/2008

**Case Name:** HENRY et al v. ONSA et al
**Case Number:** 1:05-cv-2406
**Filer:**
**Document Number:** 36

**Docket Text:**
**MEMORANDUM AND ORDER by Magistrate Judge Deborah A. Robinson on 2/27/08:ORDERED that Defendants are precluded from offering evidence, including their own testimony at the trial of this action. (EW)**


**1:05-cv-2406 Notice has been electronically mailed to:**

Ronald K. Henry rhenry@kayescholer.com

Christopher G. Hoge chfcgh@aol.com

Paul Monroe Heylman pheylman@saul.com

**1:05-cv-2406 Notice will be delivered by other means to::**

DENISE ONSA
910 Sycamore Court
Marco Island, FL 34145

WARD ONSA
910 Sycamore Court

Marco Island, FL 34145

WARD ONSA & COMPANY
910 Sycamore Court
Marco Island, FL 34145

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**O:\ECF.PDF.ORDERS\henry.memo.order2.2008.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/27/2008] [FileNumber=1710947-0]
[a42d1a06434499aed52fb0ef13468db84e150a99f05820e8d2ec239ee007aa3b9862
79a5c491d2b64e6dc889a0b2a528c7b7cc0126cc8b57c777c24d536396f8]]