## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ronald K. Henry and<br>Constance B. Henry<br><br>      Plaintiffs,<br><br>      v.<br><br>Ward Onsa, Ward Onsa & Company,<br>And Denise Onsa<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION: 05-02406 (HHK-DAR)<br>NEXT SCHEDULED COURT<br>EVENT: May 29, 2008<br>PRETRIAL CONFERENCE<br>BEFORE JUDGE KENNEDY |

## JOINT MOTION FOR ENLARGEMENT
## OF TIME TO FILE PRETRIAL STATEMENT

Plaintiffs Ronald K. Henry and Constance B. Henry, by their undersigned counsel, and Defendants Ward Onsa, Ward Onsa & Company and Denise Onsa, *pro se*, hereby move this Court, pursuant to Fed. R. Civ. P. 6(b), for a two week enlargement time within which to file their Pretrial Statement in this matter.  In support of their motion, the parties state as follows:

1. The Pretrial Conference in this case is currently scheduled for May 29, 2008.

2. Pursuant to this Court's Pretrial Order entered on October 29, 2007, the parties are required to submit separate Pretrial Statements by April 10, 2008.

3. The parties have been engaged in active settlement negotiations and have arrived at a settlement agreement.

4. It is anticipated that a detailed settlement agreement and Consent Judgment can be prepared, executed by the parties and submitted to the Court for approval by April 24, 2008.

5. In the unlikely event that the settlement cannot be finalized for any reason, either the parties will file by April 24 a follow-up motion explaining the reason or reasons for the delay, or they will file their Pretrial Statements.

6. Granting this motion should not affect the current Pretrial Conference date of May 29, 2008.

7. Counsel for Plaintiffs is signing this Joint Motion on behalf of the Defendants based on the authority granted in the attached e-mail, Exhibit 1.

WHEREFORE, for the foregoing reasons, Plaintiffs and Defendants respectfully request that this motion be granted and that they be given a two week enlargement of time, up to and including April 24, 2008, within which to file their proposed Consent Judgment or their Pretrial Statements.

Respectfully submitted,

| | |
|---|---|
| /s/ Christopher G. Hoge | /s/ Ward Onsa |
| Christopher G. Hoge #203257 | Ward Onsa |
| Attorney for Plaintiffs | Defendant *Pro Se* |
| CROWLEY, HOGE & FEIN, P.C. | 910 Sycamore Court |
| 1710 Rhode Island Avenue, N.W. | Marco Island, FL 34145 |
| Washington, D.C. 20036 | (239) 394-8488 |
| (202) 483-2900 | |
| | /s/ Denise Onsa |
| | Denise Onsa |
| | Defendant *Pro Se* |
| | 910 Sycamore Court |
| | Marco Island, FL 34145 |
| | (239) 394-8488 |

WARD ONSA & COMPANY

By: /s/ Ward Onsa
    Ward Onsa

910 Sycamore Court
Marco Island, FL 34145
(239) 394-8488

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing motion was sent both by e-mail to "wonsa1@comcast.net", and by Federal Express to Ward Onsa, Denise Onsa and Ward Onsa & Company, Defendants *pro se*, 910 Sycamore Court, Marco Island, FL 34145 by me this 4th day of April, 2008.

                                                /s/ Christopher G. Hoge
                                                Christopher G. Hoge

cgh/z/wpdirs/civil
rhenrymfe.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ronald K. Henry and<br>Constance B. Henry<br><br>           Plaintiffs,<br><br>     v.<br><br>Ward Onsa, Ward Onsa & Company,<br>And Denise Onsa<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION:  05-02406 (HHK-DAR)<br>) NEXT SCHEDULED COURT<br>) EVENT: May 29, 2008<br>) PRETRIAL CONFERENCE<br>) BEFORE JUDGE KENNEDY<br>) |

## **ORDER**

UPON CONSIDERATION of the Joint Motion of the Plaintiffs and the Defendants, pursuant to Fed. R. Civ. P. 6(b), and with the consent of the Defendants, for a two week enlargement time within which to file their Pretrial Statement in this matter, and for good cause shown, it is by the Court this _____ day of _____, 2008, hereby

ORDERED, that the motion be, and it is hereby, GRANTED; and it is further

ORDERED, that the parties hereto file either a proposed Consent Judgment or their Pretrial Statements no later than April 24, 2008.


                                                      _____
                                                      Henry H. Kennedy, Jr.
                                                      United States District Judge