Subj: **Fw: Settlement**
Date: 4/4/2008 4:45:18 P.M. Eastern Daylight Time
From: rhenry@kayescholer.com
To: Chfcgh@aol.com

Ronald K. Henry
Kaye Scholer LLP
Suite 1100
901 15th Street, NW
Washington, DC 20005
(202) 682-3590 (telephone)
(202) 682-3580 (fax)
(202) 414-0309 (e-fax)
----- Forwarded by Ronald Henry/DC/US/KSFHH on 04/04/2008 04:44 PM -----

| | | |
|---|---|---|
| wonsa1@comcast.net | | |
| 04/03/2008 04:41 PM | To | rhenry@kayescholer.com |
| | cc | |
| Document is Retained | Subject | Re: Settlement |

This is to confirm that Ward Onsa and Denise Onsa authorize filing a Joint Motion to postpone submission of Pretrial Statements until April 24, 2008 while documents are finalized for settlement.

**EXHIBIT 1**