UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ronald K. Henry and
Constance B. Henry

      Plaintiffs,

      v.

Ward Onsa, Ward Onsa & Company,
and Denise Onsa

      Defendants.

CIVIL ACTION: 05-02406 (HHK-DAR)
NEXT SCHEDULED COURT
EVENT: May 29, 2008
PRETRIAL CONFERENCE
BEFORE JUDGE KENNEDY

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiffs Ronald K. Henry and Constance B. Henry, by their undersigned counsel, and Defendants Ward Onsa, Ward Onsa & Company and Denise Onsa, *pro se*, hereby move this Court to approve and execute the attached Consent Judgment, which would constitute a final judgment against the Defendants. As grounds for this motion, the parties state as follows:

1. Plaintiffs herein commenced this litigation to recover damages for breaches of obligations owed to the Plaintiffs, as more particularly set forth in the Complaint.

2. Defendants have acknowledged their obligations to Plaintiffs, but assert that they are unable to pay the full amount demanded in the Complaint.

3. The parties hereto have entered into a Settlement Agreement, attached hereto as Exhibit 1.

4. Under the terms of the Settlement Agreement, signed by all Defendants on April 4, 2008, "[t]he Parties shall request the Court to enter a consent judgment in the amount of

$5,370,000.00." Ex. 1, par. 1. The Agreement then sets forth the further contractual agreement of the parties as to the means by which the Plaintiffs shall subsequently execute on the judgment.

5. The Settlement Agreement resolves all outstanding issues in this litigation.

6. Defendants have all indicated their consent to the attached judgment by signing their names thereto.

WHEREFORE, the parties hereto respectfully request that this Court execute and enter the attached Consent Judgment.

Respectfully submitted,

_____
Christopher G. Hoge #203257
Attorney for Plaintiffs
CROWLEY, HOGE & FEIN, P.C.
1710 Rhode Island Avenue, N.W.
Washington, D.C. 20036
(202) 483-2900

_____
Ward Onsa
Defendant *Pro Se*
910 Sycamore Court
Marco Island, FL 34145
(239) 394-8488

_____
Denise Onsa
Defendant *Pro Se*
910 Sycamore Court
Marco Island, FL 34145
(239) 394-8488

_____
WARD ONSA & COMPANY

By:
    Ward Onsa

910 Sycamore Court
Marco Island, FL 34145
(239) 394-8488

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing motion was sent both by e-mail to "wonsa1@comcast.net", and by Federal Express to Ward Onsa, Denise Onsa and Ward Onsa & Company, Defendants *pro se*, 910 Sycamore Court, Marco Island, FL 34145 by me this 16th day of April, 2008.

/s/ Christopher G. Hoge
Christopher G. Hoge

cgh/z/wpdirs/civil
rhenrymtnconsentjmt.wpd

**SETTLEMENT AGREEMENT IN THE MATTER OF RONALD K. HENRY AND CONSTANCE B. HENRY (PLAINTIFFS) V. WARD ONSA, DENISE ONSA AND WARD ONSA & COMPANY (DEFENDANTS),**
**CIVIL ACTION 05-02406 (HHK-DAR)**

The Undersigned hereby agree to settle the above referenced matter on the following terms:

WHEREAS Plaintiffs commenced this action to recover damages for breaches of obligations owed to Plaintiffs by Defendants as more particularly set forth in the Complaint and

WHEREAS Defendants acknowledge their obligations to Plaintiffs but assert that they are unable to pay the full amount demanded in the Complaint;

NOW, THEREFORE, Parties agree as follows:

1. The Parties shall request the Court to enter a consent judgment in the amount of $5,370,000.00 which the Parties agree shall be payable to Plaintiffs in two separate components.

2. The first component shall consist of the amount of $370,000.00 which shall be due and owing by the Defendants jointly and severally at the rate of $20,000.00 per quarter together with interest at the Court's judgment interest rate with the first quarterly payment due on September 30, 2008 and the remaining payments due at the end of each quarter thereafter until the amount of $370,000.00 together with interest shall have been paid in full.

3. The second component consists of the amount of $5,000,000.00 for which Defendants shall be jointly and severable liable which shall be payable from any assets of any type located anywhere in the world in which any of the Defendants has an interest, including contingent, partial or restricted interests or any other type of interest as of the date of entry of the consent judgment in this matter, without regard to the date on which such assets are located or discovered.

4. The Parties request that the Court delay the date for submission of Pretrial Statements until April 24 to permit time for preparation and submission of a request of Entry of Judgment by the Court.

_____
Ronald K. Henry

_____
[signature]

_____
Date  4/8/08

_____
4/8/08

13125322_V2.DOC

**EXHIBIT 1**

Constance B. Henry                                    Date

*[signature: Ward Onsa]*                              4-4-08
Ward Onsa                                             Date

*[signature: Denise Onsa]*                            4-4-08
Denise Onsa                                           Date

*[signature: Ward Onsa]*                              4-4-08
Ward Onsa & Company                                   Date
By Ward Onsa

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ronald K. Henry and )
Constance B. Henry )
 )
 )
      Plaintiffs, )
 )
 )
    v. ) CIVIL ACTION: 05-02406 (HHK-DAR)
 ) NEXT SCHEDULED COURT
Ward Onsa, Ward Onsa & Company, ) EVENT: May 29, 2008
and Denise Onsa ) PRETRIAL CONFERENCE
 ) BEFORE JUDGE KENNEDY
      Defendants. )

## CONSENT JUDGMENT

UPON CONSIDERATION of the Joint Motion of the Plaintiffs and the Defendants to approve and execute a Consent Judgment, which would constitute a final judgment against the Defendants, and for good cause shown, it is by the Court this ____ day of _____, 2008, hereby

ORDERED, that the motion be, and it is hereby, GRANTED; and it is further

ORDERED, that Judgment by Consent be, and it is hereby, entered in favor of the Plaintiffs and against the Defendants, Ward Onsa, Ward Onsa & Company, and Denise Onsa, jointly and severally, in the amount of Five Million Three Hundred Seventy Thousand Dollars ($5,370,000.00), with interest at the Judgment Rate from the date hereof.

                                        Henry H. Kennedy, Jr.
                                        United States District Judge

Seen and consented to:

*/s/ Ronald K. Henry*
RONALD K. HENRY
Plaintiff
Dated: 4/21/08

*/s/ Constance B. Henry*
CONSTANCE B. HENRY
Plaintiff
Dated: 4-20-08

*/s/ Ward Onsa*
WARD ONSA
Defendant
Dated: 4-17-08

*/s/ Denise Onsa*
DENISE ONSA
Defendant
Dated: 4-17-08

*/s/ Ward Onsa*
WARD ONSA & COMPANY

By:
Dated: 4-17-08