**FILED**

APR 3 0 2008

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Ronald K. Henry and | ) |
| Constance B. Henry | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION: 05-02406 (HHK-DAR) |
| | ) NEXT SCHEDULED COURT |
| Ward Onsa, Ward Onsa & Company, | ) EVENT: May 29, 2008 |
| and Denise Onsa | ) PRETRIAL CONFERENCE |
| | ) BEFORE JUDGE KENNEDY |
| Defendants. | ) |

**CONSENT JUDGMENT**

UPON CONSIDERATION of the Joint Motion of the Plaintiffs and the Defendants to

approve and execute a Consent Judgment, which would constitute a final judgment against the

Defendants, and for good cause shown, it is by the Court this _29th_ day of _ApD_ ,

2008, hereby

ORDERED, that the motion be, and it is hereby, GRANTED; and it is further

ORDERED, that Judgment by Consent be, and it is hereby, entered in favor of the

Plaintiffs and against the Defendants, Ward Onsa, Ward Onsa & Company, and Denise Onsa,

jointly and severally, in the amount of Five Million Three Hundred Seventy Thousand Dollars

($5,370,000.00), with interest at the Judgment Rate from the date hereof.

Henry H. Kennedy, Jr.
United States District Judge